IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------------------------------------------X

IN RE:

**CYNTHIA CARSSOW FRANKLIN**

        **Debtor.**

CHAPTER 13
CASE NO: 10-20010(RDD)

CERTIFICATE OF SERVICE OF
QUALIFIED WRITTEN REQUEST
PURSUANT TO R.E.S.P.A

---------------------------------------------------------------------X

CERTIFICATE OF SERVICE OF
QUALIFIED WRITTEN REQUEST PURSUANT TO R.E.S.P.A

**CERTIFICATE OF SERVICE**

Linda M. Tirelli, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing

"PLAINTIFF'S QUALIFIED WRITTEN REQUEST FOR INFORMATION PURSUANT TO Federal Servicer Act, which is a part of the Real Estate Settlement Procedures Act, 12 U.S.C. 2605(e). FROM BORROWER: MS. CYNTHIA FRANKLIN TO: Wells Fargo Bank, NA

on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession on **July 26, 2010** as follows:

Wells Fargo Bank, NA
1 Home Campus
PO Box 10335
Des Moines, IA 50328
*Via Certified First Class US Mail RRR#: 7009 3410 0001 2124 8057*

Michelle C. Marans, Esq.
Steven J Baum, P.C.
220 Northpointe Parkway
Suite G
Amherst, NY 14228

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road

Suite 102
White Plains, NY 10603

United States Department of Justice
Office of the United States Trustee
Southern District of New York
Attn: Greg Zipes, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004


DATED: August 18, 2010                    /S/ LINDA M. TIRELLI
                                          Linda M. Tirelli, Esq.
                                          Law Offices of Linda M. Tirelli PC
                                          Attorney for Debtor
                                          202 Mamaroneck Ave. 3rd Floor
                                          White Plains, NY 10601
                                          Phone: (914)946-0860
                                          Fax: (914)946-0870
                                          Email: WestchesterLegal@AOL.com


TO:
Michelle C. Marans, Esq.
Steven J Baum, P.C.
220 Northpointe Parkway Suite G
Amherst, NY 14228

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Department of Justice
Office of the United States Trustee
Southern District of New York
Attn: Greg Zipes, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004