# The Law Offices of Linda M. Tirelli PC

**1100 Summer Street, Third Floor • Stamford, CT 06905**
**Phone (203)653-2203• Fax (914)946-0870 • Email WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*                                                                White Plains, NY Office
                                                                                  (By Appointment Only)
                                                                                  202 Mamaroneck Ave., 3rd Floor
* Admitted CT, USDCCT and SDNY                                                    White Plains, NY 10601
                                                                                  (914)946-0860

November 16, 2010

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

       RE:   IN RE CYNTHIA FRANKLIN
               CH 13 CASE # 10-20010

Dear Honorable Judge Drain:

In accordance with a conversation earlier today with your Chapter 13 Specialist, Ms. Lisa O'Shea, and by agreement by both parties, please be advised of the following adjournments pertaining to the debtor's motion objecting to claim which appears as Document #31 on the Court's ECF system:

Adjourned Deadline for Creditor's Response:   December 8, 2010
Adjourned Hearing on Motion/Objection:   January 19, 2011

Your time and consideration are appreciated.  I remain

                    Very truly yours,

                    /S/ Linda M. Tirelli
                    Linda M. Tirelli, Esq.
                    Counsel to Debtor

cc:
Natalie Grigg, Esq. Creditor's Counsel
Jeffrey Sapir, Ch 13 Trustee
Greg Zipes, Esq. Office of the US Trustee / SDNY



*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code.  Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.