EXHIBIT D



Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

LOAN MODIFICATION TRANSMITTAL FORM

Part A: Servicer Information

Preparer Name:
Seller/Service Number: 164907
Date Prepared:
Phone Number: (800) 416-1472
Fax Number: (866) 359-7363
Servicer Name: Wells Fargo Bank, N.A
Servicer Address: 3480 Stateview Blvd., MAC X7802-03H
Fort Mill, SC 29715

Part B: Loan Data

Investor Loan Number:
Loan Number:
Borrower Name: Cynthia C Franklin
Co-Borrower Name:
Loan Origination Date: 10-30-00
Loan Type: Conventional

Property Address: 2523 Crenshaw Dr
Round Rock TX 78664

Mortgage Insurer:
Certificate Number:
Has MI Approved?      Y / N
Owner Occupied?       OWNER / VACANT / TENANT / UNKNOWN
Number of Units       1 / 2-4 / OTHER

Part C: Modification Data

|  | Pre-Modification | Modified |
|---|---|---|
| Unpaid Principal Balance | $ 134,201.36 | $ 143,343.31 |
| Note Rate | 8.37500% | 8.375% |
| Monthly P&I Payment | 1,108.57 | 1,178.08 |
| DDLPI(I) Eff. Interest Change Date (II) | 00-00 | 03/01/2008 |
| Maturity Date | 11-30 | 11/01/2030 |
| First Modified Payment Due Date |  | 04/01/2008 |
| New Term (months) |  | 272 |

Breakdown of Amounts Due:
Interest (Plus Del Prin if Structured Finance mod)   $   5,619.68
Escrow                                                   3,212.59
Corp Recov/Title/Mod Fees/Atty/FC/BPO/Appraisal            309.68
FHLMC 2% Fee                                                  .00
Borrower's Payment Toward Arrearages                 $        .00
Mortgage Insurer Contribution                                 .00

Total Capitalized Amount                             $   9,141.95

LC176/N33

$246 MOD FEE
Waived $54.00

new pmt: $1754.00

no ins./no FC

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

FROM :                              FAX NO. :                    Feb. 16 2008 02:18PM P1



Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

LOAN MODIFICATION AGREEMENT
LOAN NUMBER:

THIS LOAN MODIFICATION AGREEMENT made on February 11, 2008, by and between CYNTHIA C FRANKLIN and
(the "Borrower(s)") and Wells Fargo Bank, N A (the "Lender")

W I T N E S S E T H

WHEREAS, Borrower has requested, and Lender has agreed, subject to the following terms and conditions, to a modification in the payment as follows:

NOW THEREFORE, in consideration of the covenants hereinafter set forth and of other good and valuable consideration, the receipt and and sufficiency of which are hereby acknowledged by the parties, it is agreed as follows (notwithstanding anything to the contrary contained in the Note and Mortgage dated 10/30/2000):

1. BALANCE. As of February 11, 2008, the amount payable under the Note and Mortgage (the "Unpaid Principal Balance") is U.S. $ 134,201.36.

2. EXTENSION. This agreement hereby modifies the following terms of the Security Instrument described herein above as follows:

    A. The current contractual due date has been extended from 10-01-07. The first modified contractual due date is due on 04/01/2008.

    B. The maturity date has been extended from 11-30 (month/year) to 11/01/2030.

    C. The amount of interest to be capitalized will be U.S. $ 5,619.68. The modified unpaid principal balance is U.S. $ 143,343.31.

    D. The borrower promises to pay the unpaid principal balance plus interest, to the order of the Lender. Interest will be charged on the unpaid principal balance of U.S. $ 143,343.31. The borrower promises to make monthly payments of principal and interest of U.S. $ 1,178.08, at a yearly rate of 8.375%, not including any escrow deposit, if applicable. If on the maturity date the borrower still owes amount under the Note and Security Instrument, as amended by this Agreement, borrower will pay these amounts in full on the maturity date.
    * (If applicable, all scheduled step rate changes according to your Note and Mortgage will remain unchanged.)

LC175/N33/Page 1

C.CF
initial after reading

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.

02/16/2008   12:13PM

FROM :                              FAX NO. :                    Feb. 16 2008 02:10PM P1



Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

Loan Modification Agreement
Page 2 of 2
Loan

3. **NOTE AND MORTGAGE.** Nothing in this Agreement shall be understood or construed to be a satisfaction or release, in whole or in part of the Borrower's obligations under the Note or Mortgage. Further, except as otherwise specifically provided in this Agreement, the Note and Mortgage will remain unchanged, and Borrower and Lender will be bound by, and shall comply with, all of the terms and provisions thereof, as amended by this Agreement.

CORRECTION AGREEMENT. The undersigned borrower(s), for and in consideration of the approval, closing and funding of this Modification, hereby grants Wells Fargo Bank, N A, as lender, limited power of attorney to correct and/or initial all typographical or clerical errors discovered in the Modification Agreement required to be signed. In the event this limited power of attorney is exercised, the undersigned will be notified and receive a copy of the document executed or initialed on their behalf. This provision may not be used to modify the interest rate, modify the term, modify the outstanding principal balance or modify the undersigned's monthly principal and interest payments as modified by this agreement. Any of these specified changes must be executed directly by the undersigned. This limited power of attorney shall automatically terminate in 120 days from the closing date of the undersigned's Modification.  C C F (Borrower Initial)

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as the date first above written.

By signing this loan Modification I hereby consent to being contacted concerning this loan at any cellular or mobile telephone number I may have. This includes text messages, at no cost to me, and telephone calls including the use of automated dialing systems to contact my cellular or mobile telephone.

_____  2-12-08
Cynthia C Franklin            /Date

_____
Wells Fargo Bank, N A, Officer/Date

LC175/N33/2

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

02/16/2008   12:05PM

**Freddie Mac**                                                       8250 Jones Branch Drive
                                                                      McLean, VA 22102-3110

Date: February 18, 2008

To:   WELLS FARGO BANK, N.A.
      Attn:   NANCY .TREANTAFELLOW
              3476 STATEVIEW BLVD.
              FORT MILL, SC 29715

Re:   Loan Modification Approval
      Freddie Mac Loan No.
      Servicer Loan No.
      Borrower(s) Name      CYNTHIA FRANKLIN
      Property Address      2523 CRENSHAW DR
                            ROUND ROCK, TX 78664

Dear MS NANCY .TREANTAFELLOW ,

We have approved your request to consider a loan modification on the referenced loan subject to the following conditions:

- We do not require an endorsement to the title policy or a new policy on this modification. In addition, the modification does not need to be recorded unless required by law in the applicable jurisdiction.

- The modified mortgage must be a fixed rate, fully amortized loan bearing interest at the following percentage. The total loan term will be extended to/reamortized over 272 months.

    | Note Rate | Term | Effective Date | First Monthly PITI Payment Due |
    |-----------|------|----------------|-------------------------------|
    | 8.375%    | 272  | 03/01/2008     | 04/01/2008                    |

- The Freddie Mac accounting net yield (ANY) rate on the modified mortgage must be calculated by subtracting the following from the rate listed above:
  - Servicing fee of 25.0 bps or the current servicing spread prior to modification if it is lower than 25.0 bps.
  - The mortgage insurance premium if it was included in the note rate of the existing mortgage.

- Capitalization is limited to $9,641.94. You may not capitalize unpaid late charges or penalties, and interest on delinquent taxes/assessments.

- The borrower must contribute the following at or before closing (by certified funds, cashier's check, or cash):

    | | |
    |---|---:|
    | Borrower cash contribution to reduce the outstanding indebtedness | $0.00 |
    | Closing costs for modification (title, documents, closing) (Estimate) | $0.00 |
    | Processing fee for review of modification request | $300.00 |
    | Borrower's first modified monthly payment (Estimate) | $1,754.00 |
    | **ESTIMATED TOTAL CASH DUE FROM BORROWER** | **$2,054.00** |

- If the mortgage being modified is non-owner occupied or 2-4 unit property, an Assignment of Rent Rider (Exhibit 77 of the Guide) must be executed and attached to the Loan Modification Agreement. If the

FHLMC Loan:                                                           Servicer Loan:

mortgage being modified is assumable, a Modification Due on Transfer Rider (Exhibit 78 of the Guide) must be executed and attached to the Loan Modification Agreement. If the borrower was previously discharged in a Chapter 7 bankruptcy proceeding, a Modification Bankruptcy Disclosure Rider (contact your NPL Representative to obtain this form) must be executed and attached to the Loan Modification Agreement.

- If the property subject to the loan modification is located in a special flood hazard area at the time of modification, flood insurance must be obtained.

- The modified mortgage must have an escrow account established for the payment of taxes and insurance.

- If the mortgage insurer has agreed to a partial claim payment, Freddie Mac agrees that any future claim payment will be reduced by the amount advanced and not yet repaid by the borrower.

- Freddie Mac must retain the first lien position and cannot have any secondary financing included in the modified mortgage balance or provide cash-out to the borrower(s). The modification must occur in accordance with all state and federal regulations.

- Notwithstanding our approval of this loan modification, Freddie Mac reserves its rights to exercise any remedies provided by the *Guide* and other purchase documents, including a repurchase of the mortgage or a call on a credit enhancement, in the event we determine that there has been a failure to comply with the requirements of the *Guide*. In addition, we reserve the right to require you to indemnify us if the the loan modification does not occur in accordance with these instructions.

- You must not delay initiation of foreclosure, suspend the foreclosure action or otherwise put the foreclosure on hold while processing this loan modification. If you believe a foreclosure sale should be postponed in order to complete the workout, you must contact at for approval.

- Additional Conditions:

If all conditions have been met, you should then:

- Prepare the Loan Modification Agreement with all applicable riders. These documents should be amended to the extent necessary to comply with local law. The borrower(s) should execute two (2) original Agreements.

- ~~Follow the steps detailed in the attached Loan Modification Closing and Reporting Instructions. Please communicate this information to your Investor Accounting and Default Reporting Department.~~

~~All requirements for the Loan Modification Program are outlined in the Guide, beginning at Chapter B65.11. If you have any questions, please feel free to contact me at .~~

~~Sincerely,~~

Non-Performing Loans Department
Single Family Division

FHLMC Loan: ███                                    Servicer Loan: ███