UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

CYNTHIA CARSSOW FRANKLIN,

        Debtor.

**NOTICE OF APPEARANCE**

Case No.: 10-20010-RDD
(Chapter 13)

      PLEASE TAKE NOTICE that the undersigned hereby appear as co-counsel for Secured Creditor WELLS FARGO BANK, NA in the above-captioned proceeding, and request that copies of all pleadings, notices, orders and other filings be sent to their attention at the following address and telephone numbers:

      Hogan Lovells US LLP
      875 Third Avenue
      New York, NY 10022
      Attn: Allison J. Schoenthal
      (212) 918-3000-telephone
      (212) 918-3100-facsimile

DATED:   March 18, 2011
              New York, New York

                          Respectfully submitted,

                          By:    /s/ Allison J. Schoenthal
                               Allison J. Schoenthal
                               HOGAN LOVELLS US LLP
                               875 Third Avenue
                               New York, New York 10022
                               Tel: (212) 918-3000

                          *Co-counsel for WELLS FARGO BANK, NA*

TO:

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green, 6th Floor
New York, New York 10004

| | |
|---|---|
| LINDA M. TIRELLI, ESQ. | Of Counsel to Michael Schwartz, Esq. |
| Law Offices of Linda M. Tirelli PC | Attorney for Debtor |

The Gateway Building
One North Lexington Ave., 11th Floor
White Plains, NY 10601

JEFFREY L. SAPIR, ESQ.   Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Southern District of New York
Attn: Greg Zipes, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

NATALIE GRIGG, ESQ.   Co-counsel for Wells Fargo
Steven J. Baum, P.C.
220 Northpointe Parkway
Suite G
Amherst, NY 14228