**Video**

1. Name: Bryan Bly
   Employer: Nationwide Title Clearing Company
   Case Style/Jurisdiction: Case Style - Unknown, Jurisdiction - Florida State Court
   Deposition Date: 11/4/10
   Deposition video posted on YouTube on or around 11/7/10 and removed prior to 11/22/10, also posted 11/12/2010 and STILL AVAILABLE.
   Also formerly available on the following blogs, among others:
      Florida Commercial News
      Brian K. Korte Esq.
   STILL AVAILABLE:
      Credit Writedowns
      Liquida
      World News
      Sea Flog

2. Name: Crystal Moore
   Employer: Nationwide Title Clearing Company
   Case Style/Jurisdiction: Case Style - Unknown, Jurisdiction - Florida State Court
   Deposition Date: 11/4/10
   Deposition video posted on YouTube on or around 11/7/10 and removed prior to 11/22/10, also posted 11/12/2010 and STILL AVAILABLE.
   Also formerly available on the following blogs, among others:
      The Big Picture
      Bullfax
      Hedgehogs
      Regator
      Snardfarker
      The Solari Report
      Feedraider
   STILL AVAILABLE:
      Credit Writedowns

3. Name: Dhurata Doko
   Employer: Nationwide Title Clearing Company
   Case Style/Jurisdiction: Case Style – Unknown, Jurisdiction – Florida State Court
   Deposition Date: 11/4/10
   Deposition video posted on YouTube on or around 11/7/10 and removed prior to 11/22/10, also posted 11/12/2010 and STILL AVAILABLE.
   Also formerly available on the following blogs, among others:
      4closurefraud
      Foreclosureblues
      Operative Bite
      Pantagraph.com
      Pippinghole
   STILL AVAILABLE:
      Creditwritedowns

    vodpod

4. Name: Jeffrey Stephan, Team Lead of Document Execution Team
   Employer: GMAC
   Case Style/Jurisdiction: <u>GMAC v. Ann M. Neu A/K/A Ann Michelle Perez et al.</u>, 15th Judicial Circuit, Palm Beach County, Florida. 50 2008 CA 040805 and <u>Federal National Mortgage Association v. Bradbury and GMAC Mortgage, LLC d/b/a Ditech, LLC.com and Bank of America, NA as Parties in Interest</u>, Maine District Court District Nine, BRI-RE-09-65.
   Deposition Dates: December 10, 2009 (Florida) and June 7, 2010 (Maine).
   Deposition video currently available on the following blog:
     Naked capitalism (in video)
   Deposition Transcripts also posted on the following blogs, among others:
     4closurefraud (excerpt)
     Scribd

DEPOSITION TRANSCRIPT ALSO POSTED ON ICE LEGAL WEBSITE

**Transcript Only**

5. Name: Erika Lance, Senior Vice President of Administration
   Employer: Nationwide Title Clearing
   Case Style/Jurisdiction: <u>Bayview Loan Services, LLC v. Corey</u>, Fourth Judicial Circuit, Duval County, Florida. 16-2009-CA-016234-MA.
   Deposition Date: June 2, 2010
   Deposition transcript posed on the Internet on the following blogs, among others:
     Scribd
     Freeonlinebook
     Foreclosureblues

DEPOSITION TRANSCRIPT ALSO POSTED ON ICE LEGAL WEBSITE

6. Name: Renee Hertzler, Vice President
   Employer: Bank of America
   Case Style/Jurisdiction: <u>Starr v. Bank of America Corp., et al.</u>, No. 09-04122-JBR (D.Ma.)
   Deposition Date: February 9, 2010
   Deposition Transcript posted on the following blogs, among others:
       Stopforeclosureffraud
     Foreclosure Hamlet
     Scribd
     Boston.com

7. Name: Beth Ann Cottrell, Operations Supervisor
   Employer: JP Morgan Chase
   Case Style/Jurisdiction: <u>Chase Home Finance, LLC v. Koren, et al.</u>,50-2008-CA-016857, Fifteenth Judicial Circuit, Palm Beach County, Florida.
   Deposition Date: May 17, 2010
   Deposition Transcript posted on the following blogs, among others:
     Scribd
     Propublica

Debtinversion

8.  Name: Linda Green
    Employer: Lender Processing Services
    Case Style/Jurisdiction: Unknown
    Deposition Date: Unknown
    Deposition Transcript posted on the following blog:
        Stopforeclosurefraud
DEPOSITION TRANSCRIPT ALSO POSTED ON ICE LEGAL WEBSITE

9.  Name: Erica Johnson-Seck, Vice President Bankruptcy and Foreclosure
    Employer: Indymac Federal Bank
    Case Style/Jurisdiction: Indymac Federal BGank, FSB v. Machado et. al., Fifteenth
    Judicial Circuit, Palm Beach County, 50 2008 CA 037322.
    Deposition Date: July 9, 2009
    Deposition Transcript posted on the following blogs, among others:
        Stopforeclosurefraud
DEPOSITION TRANSCRIPT ALSO POSTED ON ICE LEGAL WEBSITE

10. Name: Xee Moua, Work Director
    Employer: Wells Fargo Home Mortgage
    Case Style/Jurisdiction: Wells Fargo Bank, NA v. John P. Stipek, et al., 15th Judicial
Circuit, Palm Beach County FL,
    50 2009 CA 012434.
    Deposition Date: March 9, 2010.
    Deposition Transcript posted on the following blogs, among others:
        4closurefraud
        Scribd
        Foreclosure Hamlet
        GastonForeclosures.org

11. Name: John Kennerty, Loan Administration Manager
    Employer: Wells Fargo Home Mortgage
    Case Style/Jurisdiction: In the matter of: Geline v. Northwest Trustee Services, et al,
King County, Washington,
    Deposition Date: May 20, 2010
    Deposition Transcript posted on the following blogs, among others:
        Scribd
        StopForeclosureFraud.com
        Stop Foreclosure Fraud in Washington State

12. Name: Angela Melissa Nolan, Vice President
Employer: JP Morgan Chase
Case Style/Jurisdiction: Deutsche Bank National Trust Company v. REDACTED, 15th Judicial
Circuit, Palm Beach County FL, 50 2008 CA 018964.
Deposition Date: January 29, 2010.
Deposition excerpts posted on the following blog:
    Bloomberg

DEPOSITION TRANSCRIPT ALSO POSTED ON ICE LEGAL WEBSITE

13. Name: Tamara Price, Assistant Foreclosure Manager
Employer: Citi Residential Lending, Inc.
Case Style/Jurisdiction: <u>Deutsche Bank National Trust Company, et. a. v. Young</u>, Seventh Judicial Circuit, St. Johns, Florida, CA-2007-0114.
Deposition Date: April 21, 2008.
Deposition Transcript posted on the Internet.

14. Name: Linda DeMartini, Operational Team Leader for the Litigation Management Department
Employer: Countrywide
Case Style/Jurisdiction: <u>Kemp v. Countrywide Home Loans, Inc.</u>, United States Bankruptcy Court, District of New Jersey, Bankruptcy No. 08-18700.
Deposition Date: August 11, 2009.
Deposition Transcript posted on the Internet