| Mailing Address | | Phone Number |
|---|---|---|
| P.O. Box 1291 | **SJB** | 716-204-2400 |
| Buffalo, NY 14240-1291 | | |
| | | Fax Number |
| Overnight Mail | STEVEN J. BAUM, P.C. | 716-204-4600 |
| 220 Northpointe Parkway | ATTORNEYS AT LAW | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

June 23, 2011

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, NY 10601

Re:     Cynthia Carssow Franklin
Case No.     10-20010-rdd

Dear Judge Drain:

By this correspondence, Wells Fargo Bank, N.A. hereby withdraws its Motion for a Protective Order currently scheduled to be heard on July 6, 2011.

If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By:     Natalie A. Grigg, Esq.

cc:     Linda M. Tirelli, Esq.
        Greg Zipes, Esq.