UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――

In re:                                                         Chapter 13

CYNTHIA CARSSOW-FRANKLIN
                                                               Case No. 10-20010 (RDD)
            Debtor.

―――――――――――――――――――――――――――――――

## ORDER DENYING SANCTIONS MOTION

Upon the letter filed by Linda M. Tirelli, Esq, counsel for the above debtor, dated October 12, 2011, seeking to impose sanctions against Wells Fargo Bank, N.A. ("Wells Fargo"); and such letter being deemed by the parties and this Court as a motion (the "Motion"), with due and proper notice of the Motion having been made on all necessary parties; and upon the opposition, by letter filed by Nicole E. Schiavo, Esq., counsel for Wells Fargo, dated October 19, 2011; and upon the record of the hearing on the Motion held by the Court on October 26, 2011 (the "Hearing"); and after due deliberation and for the reasons and based upon the conditions stated by the Court at the conclusion of the Hearing, it is hereby

ORDERED that the Motion is denied.

Dated: White Plains, New York
       November 10, 2011

                                              /s/Robert D. Drain
                                              HON. ROBERT D. DRAIN
                                              United States Bankruptcy Judge