-----------------------------------------------------------X

IN RE:

        **CYNTHIA CARSSOW FRANKLIN,**　　　**CHAPTER 13**

             **DEBTOR**　　　　　**CASE NO. 10-20010(RDD)**

                                   **AFFIDAVIT OF SERVICE**

-----------------------------------------------------------X

## APPLICATION OF LAW OFFICES OF LINDA M TIRELLI, ESQ

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE:
The application of LINDA M TIRELLI, ESQ. attorney for the Debtor Cynthia Carssow Franklin, hereby respectfully represents:

## GENERAL BACKGROUND

1. On June 1, 2010, Cynthia Carssow Franklin, (the "Debtor") filed a petition with

   Manhattan Division of the U.S. Federal Bankruptcy Court, Southern District of New

   York for relief pursuant to Chapter 13 of the Bankruptcy Code. At the time of her

   original Filing the Debtor acted pro se.

2. On or about June 18, 2010, the Debtor's case was transferred to this court, the White

   Plains Division of the U.S. Federal Bankruptcy Court, Southern District of New York and

   assigned to the Honorable Robert D, Drain, United States Bankruptcy Judge.

3. On or about August 3, 2010, Your Applicant, Linda M. Tirelli, Esq., filed a Notice of

   Appearance to represent the Debtor in her chapter 13 bankruptcy. [1]

---

1. [1] At the time of filing her appearance, Attorney Linda M. Tirelli was a solo practitioner at

   "Law Office of Linda M. Tirelli, PC". Since November 1, 2012 through today, Attorney

4. On or about July 10, 2010 a Proof of Claim was filed by Wells Fargo Bank, NA through its attorneys at the disgraced law firm of Steve J Baum. The proof of claim did not include a Promissory Note indorsed to the claimant creditor and did not provide a chain of title from the originator of the mortgage loan to the named creditor.

5. The undersigned researched the purported assignments included with the claim. The first of which pre-dated the origination of the loan and another assignment was signed by John Kennerty (aka "Herman John Kennerty") which your applicant recognized to be a robo signer employed by Wells Fargo who had testified at deposition in or about June 2010, just prior to signing the subject assignment in the instant case.

6. The undersigned sought guidance and mentorship on this case from well-seasoned attorneys outside of New York through an intimate group of proactive consumer attorneys with who the undersigned had worked in prior cases with false documents.

7. In August 2010, the undersigned wrote a detailed letter to a lead litigation lawyer at the Steven J Baum firm pointing out a number of flaws and discrepancies in the proof of claim.

8. In September 2010, instead of addressing the aforementioned letter, the Baum Firm and its client had the audacity to amend the proof of claim, this time with a new indorsement in blank from an entity not related to Wells Fargo.

9. The undersigned was told by opposing counsel that it shouldn't matter who indorsed the note with a rubber stamp, the problem was now "fixed".

---

Linda M. Tirelli is currently a partner at Garvey Tirelli & Cushner, Ltd. Hereinafter the undersigned applicant is referred to as "Linda M. Tirelli, Esq." or simply "Applicant".

10. Discussions and correspondences between the undersigned, Wells Fargo and the Baum firm established that Wells Fargo insists that despite what the proof of claim states, it is "only a servicer" and that it was a servicing agent for the owner of the note, Freddie Mac.

11. The undersigned proceeded to file an objection to Wells Fargo's proof of claim which the court decided to treat as an Adversary Proceeding.

12. Discovery commenced and became hotly contested by Wells Fargo at every stage.

13. To this day, Wells Fargo has refused to produce a servicing contract with Freddie Mac which resulted in this court's ruling at summary judgment that Freddie Mac has no connection nor interest in the Debtor's loan. Notwithstanding the judicial determination, Wells Fargo refused to consider the Debtor for a loan modification to include a principal reduction under the National Mortgage Settlement Agreement, still insisting that Freddie Mac owns the loan.

14. Wells Fargo grossly underestimated the drive of this debtor and the undersigned when it refused for almost a year to produce John Kennerty for deposition, ultimately firing Kennerty advising the Debtor that Wells Fargo is terribly sorry it can no longer be required to produce Kennerty as he was no longer under the employment or control of Wells Fargo. The undersigned obtained the robo signer's notary license and application via a FOIA request and wasted no time serving Mr Kennerty for deposition as a non-party witness.

15. Wells Fargo retained and paid the well-heeled firm of Parker Poe in Charlotte, NC to obstruct the Debtor from deposing Kennerty by filing a Motion for Protective Order in the Federal Bankruptcy Court in Columbia, South Carolina. Off record conversations made it clear, Wells Fargo was taking a no-settlement position and intended to out spend

the Debtor to force her into submission. The undersigned, entirely self funded, retained local counsel in South Carolina, John Cantrell, who under the SC local rules was required to escort the undersigned (admitted in SC, Pro Hac Vice) in the courtroom and at all depositions and proceedings. The undersigned further self funded the costs of travel to and from South Carolina.

16. The Honorable Judge Waites ruled (in a 10 page published opinion) that the Debtor would take Kennerty's deposition but that the transcript would be kept under seal until it was before the court in SDNY. Judge Waites' extensive opinion became something of a well talked about opinion because the Court cited to Rolling Stone magazine's own Matt Taiibi's article about "invasion of the house snatchers" in which Taiibi referred to Kennerty as a "notorious robo signer" as the basis for granting the limited protective order. Taiibi's article had nothing to do with the Franklin case, the Debtor or the undersigned. So it goes that the Waites opinion became something of a public service announcement as lawyers from across the country were made aware of the fact the undersigned would take the deposition of Kennerty and be in possession of the transcript. Ultimately the transcript became public as the USDC refused Wells Fargo's later motion to seal the transcript which is now a public document in the appellate case as discussed below. The Kennerty deposition in the instant case proved to be worth the efforts.

17. Again entirely self-funded the undersigned traveled to Charlotte, NC to take John Kennerty's deposition at the office of Parker Poe, over a 2 day stay for this case and one other unrelated case which was simultaneously unfolding before the Honorable Judge Shelley Chapman and subject to the same ruling by Judge Waites.

18. Wells Fargo's delay tactics were in full force as the bank took more than a year, two phone conferences and a motion for sanctions to finally produce its first 30(b)(6) witness, Mary Ellen Brust.

19. The Debtor went on to prevail at summary judgment leaving the issue as to the authenticity of the blank indorsement for trial.

20. Wells Fargo continued to engage in stall tactics as discovery on the indorsement issue continued and as it produced Kyle Campbel as its new and improved 30(b)(6) witness.

21. Finally, an evidentiary hearing took place in December 2013 and because new evidence emerged by way of a Wells Fargo attorney foreclosure manual and actual order forms for a post-petition note indorsement in an unrelated case. The Court ruled that the additional discovery is warranted and reopened the trial for the additional discovery. Over the course of the next several months Wells Fargo produced a series of Attorney Foreclosure Manuals , each outlining the procedure to be followed to fabricate lost note affidavits, indorsements, assignments, etc. Ultimately, the manuals were not presented in this case.

22. Once the additional discovery period closed, the Court published its opinion finding in favor of the Debtor. Like a shot heard round the world, this court expunged and disallowed the claims of Wells Fargo in a 30 page opinion which includes variations of the word "forgery" 28 times.

23. Wells Fargo filed an appeal with the US District Court.

24. The undersigned continued on as counsel taking no money up front from the Debtor and defended the appeal together with the help of an associate attorney at the undersigned's current firm.

**25.** The undersigned defeated Appellant's attorneys on issue of keeping the Kennerty Deposition under seal. It was through the broad network of lawyers with whom the undersigned routinely associates that she learned of 2 cases outsid of NY where judges had rendered decisions citing to Judge Drain's Opinion in the instant case and specifically the John Kennerty documents. The USDC determined the Kennerty deposition were relied on by Judge Drain and since other courts were already citing the case, the "proverbial cat is out of the bag" and the transctipt would not be sealed in the USDC.

**26.** The appeal is fully submitted since July 2015.

## FINAL APPLICATION FOR FEES

**27.** This application is made by Linda M. Tirelli, Esq. for final allowance compensation for professional services rendered to and on behalf of the Debtor / Movant during the period beginning July 14, 2010 and ending September 15, 2016, for reimbursement of actual and necessary costs and expenses incurred in connection with the rendition of such services and for professional services.

**28.** Your applicant has acted as attorney to the Debtor / Movant and has performed all of the necessary legal services in connection therewith.

**29.** The applicant through her respective law offices of Linda M. Tirelli, PC and Garvey, Tirelli & Cushner, Ltd. regularly maintain records of time expended in the rendition of such services and the costs and expenses incurred. The entries in such records were made in the ordinary course of Linda M. Tirelli's business concurrently with the rendition of such services and the incurring of such costs and expenses. A summary of these records and disbursements is annexed hereto as Exhibit "A".

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

30. Your applicant has engaged in extensive research, discovery, conferences, email exchanges, phone calls, in person meetings at the client's request, settlement proposals and discussions, in advancement of the goal of obtaining a global resolution that would be beneficial to the Debtor. Unfortunately, Wells Fargo took a no-settlement position and thus never actually came to the negotiation table, forcing the Debtor to proceed to trial.

31. For the period of July 14, 2010 through September 12, 2016, your applicant has expended hours as follows:

**STAFF MEMBER HOURS EXPENDED HOURLY RATE CHARGE**
**Attorney Linda Tirelli**
Hours: 285.15
Contracted Hourly Rate: $375.00 regular rate
Total Regular Rate: (289.9 x $375.00) $108,712.50

Travel Rate: $187.50 (1/2 regular rate)
Total Travel: 20 Hours x $187.50 = $3750.00

**Linda Tirelli Total: $112,462.50**

**Associate Irina Lust (Appeal Portion of Case)**
Hours: 78.9
Hourly Rate: $350.00
**Irina Lust Total: $27,615.00**

**Total Legal Fees Due: $140,077.50**

32. In addition, your applicant have incurred costs for postage and travel related expenses in the amount of TWO THOUSAND SIX HUNDRED EIGHTY-THREE AND 53/100 ($2683.53) during this period.

33. In addition, your applicant have incurred costs of having to retain local counsel, Attorney John Cantrell, in South Carolina in the amount of TWO THOUSAND EIGHT HUNDRED THIRTEEN AND 00/100 ($2813.50). The applicant contends that this was necessary in light of the complex fact pattern and web-like history and requirement that the undersigned file papers in the South Carolina Bankruptcy Court, where sheis not licensed, and attend hearings and depositions. Mr. Cantrell is a seasoned bankruptcy litigation attorney and was required to be physically present at all proceedings which included 1 hearing and a full day of deposition. Please Mr. Cantrell's modest invoice attached hereto as **Exhibit C.**

34. Your applicant believes that the supplemental allowance sought herein for services rendered and to be rendered is clearly fair and reasonable in light of the complexity of the case, the numerous issues involved and the length of time the case was actively ongoing.

35. Your applicant's current rate of pay based on today's market and her experience is $500.00 per hour, which has been specifically determined to be a fair and reasonable rate for a bankruptcy litigation attorney in the Southern District of New York in prior cases before the Honorable Judge Shelley C. Chapman (In re Perillo on record determination of reasonableness) and awards for fees based on the same rate of pay in settlement contexts have been approved by This Court as well as other courts throughout S.D.N.Y. including the Hon.Judge Glenn, Hon. Chief Judge Cecelia Morris, Hon. Judge James Peck, this court (Hon. Judge Drain) and Hon. Judge Sean Lane. As the Court can see, your applicant is charging the original agreed upon rate of $375 per hour for her time and $350 per hour for the time of the associate employed by the applicant's firm.

## VOLUNTARY SUBORDINATION TO CERTAIN CREDITORS

36. Your Applicant understands that this has been a long road for creditors (other than Wells Fargo) and hereby agrees to subordinate to the portion of claim #2 which is priority owed to the IRS $13,519.76 and also agrees to subordinate to claim #7 which is a non-dischargable student loan claim in the amount of $23,569.37;

37. Any amount owed to Your applicant which exceeds what the trustee currently holds after paying out to to Claim #2 priority and claim #7 and the amounts approved in this fee application will be paid by the Debtor post-bankruptcy.

38. There is no doubt that the Debtor has incurred actual damages at the hands of Wells Fargo and she retains her right to continue to pursue claims against Wells Fargo in the future.

**WHEREFORE,** your applicant respectfully request that the Court enter an Order allowing final compensation in the aggregate amount of **$140,077.50** for professional legal services rendered;

**WHEREFORE,** your applicant respectfully request that the Court enter an Order allowing payment to Linda M. Tirelli, Esq. in the amount of **$5496.53** for out of pocket expenses including travel, copying, retaining local counsel in SC and postage;

DATED: September 15, 2016

/S/ LINDA M. TIRELLI
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli PC
Attorney for Debtor
One North Lexington Ave., 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 / Fax: (914)946-0870

# EXHIBIT "A"

## INVOICE



# Linda M. Tirelli, Esq.

September 15, 2016
Invoice #: 1389

Cynthia C. Franklin (CH 13)
126 Greenridge Ave
White Plains, NY 10605

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **$0.00** |
| 8/19/2010 | | Court fee to amend schedules DEF | | 1 @ $26.00 | $26.00 |
| 10/4/2010 | | Postage for service of Obj to POC | | 1 @ $68.00 | $68.00 |
| 9/10/2011 | | round trip air far from WP to SC, car rental, 1 night hotel, meals | | 1 @ $864.53 | $864.53 |
| 1/20/2012 | | Postage to serve MSJ | | 1 @ $38.42 | $38.42 |
| 10/15/2012 | | r/t airfare and 2 night hotel stay in Charlotte, meals | | 1 @ $1,185.36 | $1,185.36 |
| 10/19/2012 | | Required Retention for Local Counsel in SC | | 1 @ $2,813.00 | $2,813.00 |
| 5/5/2015 | | Postage Cost- Appeal to Judge req to reconsider | | | $0.98 |
| 5/5/2015 | | Postage Cost- Appeal to opposing counsel  req to reconsider | | 1 @ $0.98 | $0.98 |
| 5/5/2015 | | Postage Cost- Appeal to Client req to reconsider | | 1 @ $0.98 | $0.98 |
| 6/25/2015 | | Copy Stop/Royal Press 1 set of 2619 pages in 14 separate PDF files to OCR capabilities, size to meet court requirements.  Burn to 3 custom labeled CD's and one flashkey with reduced sizes. Paid by GTC firm ck 2479 6/25/15 (Appeal) | | 1 @ $479.94 | $479.94 |
| 6/26/2015 | | Postage Cost- DCW/ Apellee, Brief & Apendex | | 1 @ $0.98 | $0.98 |
| 6/26/2015 | | Postage Cost- Corres to client | | 1 @ $0.49 | $0.49 |
| 2/3/2016 | | Postage Cost- letter re: reaffirmation confimation | | 5 @ $0.49 | $2.45 |
| 6/30/2016 | | Postage Cost -obj to poc  3 & 5 | | 1 @ $1.10 | $1.10 |
| 8/1/2016 | | Postage Cost-2nd amended plan | | 24 @ $0.47 | $11.28 |
| 8/1/2016 | | Postage Cost-2nd amended plan | | 3 @ $0.68 | $2.04 |
| | | **Subtotal:** | | | **$5,496.53** |
| 3/30/2015 | Irina Lust Esq., Associate | Drafted designation of record, discussed case with LT, pulled relevent documents from pacer docket.  (Appeal ) | 2.80 | $350.00 | $980.00 |
| 5/11/2015 | Irina Lust Esq., Associate | Reviewed brief filed by the bank, appeal case | 0.40 | $350.00 | $140.00 |
| 5/28/2015 | Irina Lust Esq., Associate | Read brief by opposing counsel in preparation to drafting brief (Appeal) | 0.60 | $350.00 | $210.00 |
| 6/9/2015 | Irina Lust Esq., Associate | Reviewing entire file, mapping out strategy for the brief (Appeal) | 5.60 | $350.00 | $1,960.00 |
| 6/10/2015 | Irina Lust Esq., Associate | Reviewing file, mapping strategy (Appeal) | 4.50 | $350.00 | $1,575.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 6/11/2015 | Irina Lust Esq., Associate | Drafted and research Caselaw (Appeal) | 6.70 | $350.00 | $2,345.00 |
| 6/12/2015 | Irina Lust Esq., Associate | Reviewed sample appellee briefs from LT's colleagues | 1.30 | $350.00 | $455.00 |
| 6/12/2015 | Irina Lust Esq., Associate | Drafted brief (Appeal) | 6.30 | $350.00 | $2,205.00 |
| 6/15/2015 | Irina Lust Esq., Associate | Research and drafting brief (Appeal) | 7.80 | $350.00 | $2,730.00 |
| 6/16/2015 | Irina Lust Esq., Associate | Research and drafting breif (Appeal) | 7.20 | $350.00 | $2,520.00 |
| 6/18/2015 | Irina Lust Esq., Associate | Research and drafting breif (Appeal) | 8.20 | $350.00 | $2,870.00 |
| 6/19/2015 | Irina Lust Esq., Associate | Research and drafting breif (Appeal) | 8.50 | $350.00 | $2,975.00 |
| 6/22/2015 | Irina Lust Esq., Associate | Finishing up assembling appendix adn drafting table of contents (Appeal) | 1.80 | $350.00 | $630.00 |
| 6/22/2015 | Irina Lust Esq., Associate | Discussing case with LT , reviewing emails from colleagues, re: edits (Appeal) | 0.60 | $350.00 | $210.00 |
| 6/22/2015 | Irina Lust Esq., Associate | Reviewing  and editing brief with LT (Appeal) | 2.30 | $350.00 | $805.00 |
| 6/23/2015 | Irina Lust Esq., Associate | Revised appendix table of content, made a cover page for the brief, made a cover for the appendix, revised her brief (Appeal) | 1.50 | $350.00 | $525.00 |
| 6/23/2015 | Irina Lust Esq., Associate | LT and LI reviewing, finalizing and editing (Appeal) | 5.90 | $350.00 | $2,065.00 |
| 6/24/2015 | Irina Lust Esq., Associate | Finalized the brief, reviewed with LT (Appeal) | 2.10 | $350.00 | $735.00 |
| 6/24/2015 | Irina Lust Esq., Associate | Finalized the appendix TOC (Appeal) | 0.50 | $350.00 | $175.00 |
| 6/24/2015 | Irina Lust Esq., Associate | Finalized TOC and table of authorities for the brief (Appeal) | 1.90 | $350.00 | $665.00 |
| 6/24/2015 | Irina Lust Esq., Associate | Ordered a printing /scanning job with the printing service, take hard copies to print shop and explain whats needed (Appeal) | 0.50 | $350.00 | $175.00 |
| 6/24/2015 | Irina Lust Esq., Associate | Finalized everything Done! (Appeal) | 1.50 | $350.00 | $525.00 |
| 8/4/2015 | Irina Lust Esq., Associate | Read reply brief by the appelant. Discuss with LT (Appeal) | 0.40 | $350.00 | $140.00 |
|  |  | **Subtotal:  Irina Lust Esq., Associate** | **78.90** |  | **$27,615.00** |
| 7/14/2010 | Linda Tirelli, Partner | Chapter 13  $5000 Base Fee Pd $2200 Owed $2800 | 0.00 | $375.00 | $0.00 |
| 7/15/2010 | Linda Tirelli, Partner | Review entire case docket, Prepare QWRs per TILA and RESPA | 1.00 | $375.00 | $375.00 |
| 7/15/2010 | Linda Tirelli, Partner | Email to Jody Kava  to advise I am filing an appearance | 0.00 | $375.00 | $0.00 |
| 7/15/2010 | Linda Tirelli, Partner | Email to Atty Marans of Baum firm to advise of filing an appearance | 0.00 | $375.00 | $0.00 |
| 7/26/2010 | Linda Tirelli, Partner | Draft cor to Freddie Mac re inconsistent records | 0.33 | $375.00 | $125.00 |
| 7/27/2010 | Linda Tirelli, Partner | Email from Freddie Mac to LT regarding consumer workout/ FC question | 0.20 | $375.00 | $75.00 |
| 7/27/2010 | Linda Tirelli, Partner | Read email blow off cor from Freddie Mac | 0.10 | $375.00 | $37.50 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 8/2/2010 | Linda Tirelli, Partner | Email from Michelle Marans to LT receipt of LT QWR<br>Marans is in disagreement; she is requesting 20 days to acknowledge RESPA because of the new legislation as well as 60 days to respond to QWR, and 30 days to respond to TILA request | 0.20 | $375.00 | $75.00 |
| 8/3/2010 | Linda Tirelli, Partner | File Appearance | 0.00 | $375.00 | $0.00 |
| 8/9/2010 | Linda Tirelli, Partner | Amend petition all schedules, pull credit report, calculate<br>and draft Ch 13 Amended Plan, meeting with client to sign and mane corrections, counsel client, serve plan on all parties | 2.70 | $375.00 | $1,012.50 |
| 8/10/2010 | Linda Tirelli, Partner | Research every signature in the POC, send FOIA requests for Notary license infor to track players and who works where, when and for which entity, phone conference with Tom Cox, Esq. and Max Gardner regarding the indoesement and chain of assignments, discuss their files with same players and track pattern, call to Melissa Huelsman Esq in WA re her depo trans of John Kennerty, file initial report of potential fraudulent documents to the US Trustee's office | 6.00 | $375.00 | $2,250.00 |
| 8/16/2010 | Linda Tirelli, Partner | Draft Letter to Michelle Marans re POC signed by her and<br>request for supporting documents along with inspection or original note | 0.50 | $375.00 | $187.50 |
| 8/17/2010 | Linda Tirelli, Partner | Review Amended Obj to Confirm by Wells Fargo | 0.25 | $375.00 | $93.75 |
| 8/18/2010 | Linda Tirelli, Partner | Draft edit and send QWRs per RESPA and TILA Document on ECF email copies to OC and Court | 1.00 | $375.00 | $375.00 |
| 8/19/2010 | Linda Tirelli, Partner | Email from CF to LT 12/03/2003 - 11/20/2009Checking acct info | 0.00 | $375.00 | $0.00 |
| 8/19/2010 | Linda Tirelli, Partner | Email from CF to LT Business P&L and House | 0.00 | $375.00 | $0.00 |
| 8/19/2010 | linda Tirelli, Partner | Email from CF to LT P&L Statments for her Speech Therapy<br>Practice | 0.00 | $375.00 | $0.00 |
| 8/20/2010 | linda Tirelli, Partner | Email from CF  requesting copies of P&L to be sent back to her<br>to continue to update for the court; requesting assistance in removing her BK info off of google search | 0.00 | $375.00 | $0.00 |
| 8/22/2010 | linda Tirelli, Partner | Email from CF to LT Business P&L statements | 0.00 | $375.00 | $0.00 |
| 8/22/2010 | linda Tirelli, Partner | Email from CF to LT confirmation of appraisal meeting & Appraiser info<br>also ordered police/ dispatcher report | 0.00 | $375.00 | $0.00 |
| 8/24/2010 | linda Tirelli, Partner | Email to CF editable format of P&L stmt and copies of PDF<br>that were sent to TT; some adjustments were made to match Income Worksheet; email included 4 attachments | 0.00 | $375.00 | $0.00 |
| 8/30/2010 | Linda Tirelli, Partner | Draft Letter to Natalie Grigg demanding response as to<br>how the note specifically indorsed to a non-party is claimed by WF or Freddie Mac, question nature and validity of assignments which appear to be fabricated by her client | 0.70 | $375.00 | $262.50 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 9/23/2010 | Linda Tirelli, Partner | Read POC 1-2 amended without explanation to include new indorsement in blank. Read email from Natalie Grigg re her client's amended POC. Research issue of amending POC and the "tah-dah" indorsement, find pattern of similar cases, call to confer with Atty Thad Bartholow in Dallas re his cases w WF and the indorsement issue. Email with research. Report to US Trustee via Greg Zipes | 2.00 | $375.00 | $750.00 |
| 9/25/2010 | Linda Tirelli, Partner | initial draft Obj to POC | 3.00 | $375.00 | $1,125.00 |
| 9/25/2010 | Linda Tirelli, Partner | Discussion w client and start to draft Obj to POC | 0.00 | $375.00 | $0.00 |
| 9/29/2010 | Linda Tirelli, Partner | Phone call with Melissa HuelsmanEsq re Kennerty Trans and her case history | 0.40 | $375.00 | $150.00 |
| 10/1/2010 | Linda Tirelli, Partner | Continue drafting Obj to POCs | 3.00 | $375.00 | $1,125.00 |
| 10/3/2010 | Linda Tirelli, Partner | Edit and revise obj to poc | 6.00 | $375.00 | $2,250.00 |
| 10/4/2010 | linda Tirelli, Partner | Email from Freddie Mac to LT regarding consumer workout/ FC questions | 0.20 | $375.00 | $75.00 |
| 10/4/2010 | Linda Tirelli, Partner | Finalize Draft of Obj, edit and revise obj to poc assemble the documents for filing, file on ECF ship copies | 7.00 | $375.00 | $2,625.00 |
| 10/11/2010 | linda Tirelli, Partner | Email from CF to LT request for Moss' email and report he moved across the street | 0.00 | $375.00 | $0.00 |
| 10/11/2010 | linda Tirelli, Partner | Email exchange from LT to CF re concerns about Moss Claim | 0.00 | $375.00 | $0.00 |
| 10/11/2010 | linda Tirelli, Partner | Email from CF to LT forwarding an email from Glen Moss to CF dated 5/24/2010 June TT notice and fake creditors showing up; 1 attachment | 0.00 | $375.00 | $0.00 |
| 10/20/2010 | linda Tirelli, Partner | Email from LT to Cf explaining assistance only available with pre petition claims | 0.00 | $375.00 | $0.00 |
| 10/20/2010 | linda Tirelli, Partner | email from CF to LT thanking for explanation | 0.00 | $375.00 | $0.00 |
| 10/20/2010 | linda Tirelli, Partner | email from CF to LT appraisal for 2523 Crenshaw Dr house review appraisal report 1 attachment (26 pages) | 0.00 | $375.00 | $0.00 |
| 10/28/2010 | Linda Tirelli, Partner | Phone call with Natalie Grigg regarding litigation and that I dont understand how "it" works, her request for adjournment | 0.20 | $375.00 | $75.00 |
| 11/16/2010 | Linda Tirelli, Partner | Draft and post letter re adjournemt on ECF | 0.25 | $375.00 | $93.75 |
| 11/18/2010 | Linda Tirelli, Partner | Draft and Serve Req for Prodction of Docs and 3 Notices of Depo | 2.00 | $375.00 | $750.00 |
| 11/21/2010 | linda Tirelli, Partner | email from CF to LT P&L Speech & Property Rental/ house appraisal Profit and Loss for Speech therapy, Profit and Loss for House, Appraisal after storm (3 Attachments) | 0.00 | $375.00 | $0.00 |
| 12/7/2010 | Linda Tirelli, Partner | Read - response in opposition filed by N Grigg for WF 125 pages (11 docs), forward copy to client, note issues, forward to colleagues for discussion | 6.00 | $375.00 | $2,250.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/14/2010 | linda Tirelli, Partner | Review client provided re: phone log from 7/20/09-06/20/10 with account of tryiong to resolve issues with WF | 0.50 | $375.00 | $187.50 |
| 1/6/2011 | linda Tirelli, Partner | Email client to LT re: delayed court pmt, home improvement exp, accounting errors, may phone logs with WF, would like to sue | 0.40 | $375.00 | $150.00 |
| 1/6/2011 | linda Tirelli, Partner | Email client to LT re: email issues with phone, Steven Baum's office sent an ambulance, transfer from Dallas office to buffalo office, paperwork signed 11/2/2000, | 0.00 | $375.00 | $0.00 |
| 1/6/2011 | linda Tirelli, Partner | Email LT to Client re: ambulance address issue re cause of action | 0.00 | $375.00 | $0.00 |
| 1/10/2011 | linda Tirelli, Partner | Email client to LT re: 1/24/11 court pmt, house rent, claims, false claims, law suit, damage and taken items, police report, | 0.00 | $375.00 | $0.00 |
| 1/12/2011 | linda Tirelli, Partner | email Client to LT re: fwd of Glen Moss Email from 10/11/10, no bill issued, was planning on keeping deposit due to theft & damage, information was provided to Keller williams,     Moss didnt show to 12/9 hearing so lawsuit was dismissed. | 0.00 | $375.00 | $0.00 |
| 1/17/2011 | Linda Tirelli, Partner | Phone con with OC re discovery status advised no witness will be produced and the servicing agreement w WF and Freddie Mac is privileged and wont be produced | 0.20 | $375.00 | $75.00 |
| 1/17/2011 | Linda Tirelli, Partner | Draft cor to Court requesting phine conference to resolve discovery issues | 0.40 | $375.00 | $150.00 |
| 1/17/2011 | Linda Tirelli, Partner | Read responsive cor from OC to Court re discovery | 0.10 | $375.00 | $37.50 |
| 1/18/2011 | Linda Tirelli, Partner | email LT to Chambers, Natalie Grigg, Greg Zipes, providing details for conference call schedules for 1/24/11 | 0.20 | $375.00 | $75.00 |
| 1/23/2011 | Linda Tirelli, Partner | email LT to Chambers, Natalie Grigg, Greg Zipes, reminder for conference call schedules for 1/24 | 0.20 | $375.00 | $75.00 |
| 1/24/2011 | linda Tirelli, Partner | Email Billy Hildbold (clerk) to LT re: Hon. Drain will be late to conf call | 0.10 | $375.00 | $37.50 |
| 1/24/2011 | linda Tirelli, Partner | Attend court conference call with OC Greg Zipes and third lawyer for WF from Hogan Lovell | 0.30 | $375.00 | $112.50 |
| 3/8/2011 | linda Tirelli, Partner | email lt to Natalie Griggs re: not entering stipualed motion for protective order, confrim Kennerty depo | 0.30 | $375.00 | $112.50 |
| 3/8/2011 | linda Tirelli, Partner | email LT to Natalie Griggs re: Client will be present at Depos & hearings, refusal to agree to provision in confi agmt | 0.40 | $375.00 | $150.00 |
| 3/9/2011 | linda Tirelli, Partner | email natalie to LT unable to conf depo dates due to filing of Mot of Protective Order | 0.10 | $375.00 | $37.50 |
| 3/9/2011 | linda Tirelli, Partner | email CF to LT re Nov- Feb 2010 P&L Statements | 0.50 | $375.00 | $187.50 |
| 3/14/2011 | linda Tirelli, Partner | Draft and file letter w court re adjournment of confirmation | 0.20 | $375.00 | $75.00 |
| 3/14/2011 | linda Tirelli, Partner | Read cor to court by OC re requ for confernece on discovery WF wants a PO on John Kennerty Depo | 0.20 | $375.00 | $75.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 3/18/2011 | linda Tirelli, Partner | Read appearance filed by Hogan Lovell firm Phone call with Allison Schoenthal, Esq e case status and discovery | 0.20 | $375.00 | $75.00 |
| 3/18/2011 | linda Tirelli, Partner | Cor to Court defending refusal to enter voluntary PO as to John Kennerty. Research and cases cited (total 12 pgs 2 docs) | 2.00 | $375.00 | $750.00 |
| 5/13/2011 | Linda Tirelli, Partner | Read OC Motion for Protective Order 80 pages (8 docs) | 2.05 | $375.00 | $768.75 |
| 6/20/2011 | Linda Tirelli, Partner | Confer with Atty john Cantrell regarding need for local counsel in South Carolina, local rules, discuss needs to pursue deposition in SC | 1.00 | $375.00 | $375.00 |
| 6/20/2011 | Linda Tirelli, Partner | Conference w OC re John Kennerty fired | 0.10 | $375.00 | $37.50 |
| 6/21/2011 | Linda Tirelli, Partner | confer with local counsel, arrange confernece room, retain local counsel, arrange deposition, confirm John Kennerty home address per info from FOIA response (2010) and current land records, confer with process server, draft and send out Subpoena on Kennerty | 3.03 | $375.00 | $1,137.50 |
| 6/24/201 i | Linda Tirelli, Partner | Read OC cor to court re w/draw Mot Protective Order | 0.03 | $375.00 | $12.50 |
| 6/24/2011 | Linda Tirelli, Partner | post subooenafor Kennerty on ECF along with new notice to take depo of non party witness | 0.70 | $375.00 | $262.50 |
| 7/21/2011 | linda Tirelli, Partner | email Josh Dixon to LT 7/26 hearing resched request | 0.30 | $375.00 | $112.50 |
| 7/21/2011 | linda Tirelli, Partner | email John Cantrell to LT forwarding SC electric filing notification | 0.10 | $375.00 | $37.50 |
| 7/24/2011 | linda Tirelli, Partner | email John Cantrell to LT forwarding SC electric filing notification for certificate of service | 0.10 | $375.00 | $37.50 |
| 8/8/2011 | linda Tirelli, Partner | email John Cantrell to LT forwarding PACER filings | 0.10 | $375.00 | $37.50 |
| 8/8/2011 | linda Tirelli, Partner | email LT to John cantrell confirming receipt of Pacer filings | 0.10 | $375.00 | $37.50 |
| 8/8/2011 | linda Tirelli, Partner | email to Atty John Cantrell requesting docs and sending as PDF attachments | 0.20 | $375.00 | $75.00 |
| 8/20/2011 | Linda Tirelli, Partner | Draft papers for pro hac vice admission into SC, confer with Cantrell | 1.00 | $375.00 | $375.00 |
| 8/24/2011 | linda Tirelli, Partner | email LT to Billy Hildbold re: a 30b6 witness and a servicing agmt were not produced, instructed not to file a motion but willing to draft an order to show cause, please request any further needed docs | 0.50 | $375.00 | $187.50 |
| 8/25/2011 | linda Tirelli, Partner | Email Janice Appler to LT attachment of request .pdf version of testimony, | 2.00 | $375.00 | $750.00 |
| 8/29/2011 | linda Tirelli, Partner | Email John Cantrell to LT forwarding PACER filing of Mot to Appear pro hac vice | 0.10 | $375.00 | $37.50 |
| 8/31/2011 | linda Tirelli, Partner | Email LT to Schiavo, Zipes, Kava, Hildbold, O'Shea, with 4 attachments transcripts, letter, exhibits | 0.60 | $375.00 | $225.00 |
| 8/31/2011 | linda Tirelli, Partner | Email LT to Andy Velez Rivera, fwd of previous email due to unintentional omission | 0.10 | $375.00 | $37.50 |
| 8/31/2011 | Linda Tirelli, Partner | draft research edit objection to MPO filed in SC as to John Kennerty | 6.60 | $375.00 | $2,475.00 |
| 9/1/2011 | Linda Tirelli, Partner | Continued edit and final draft andresearch re objection to MPO as to John Kennerty | 2.00 | $375.00 | $750.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/10/2011 | Linda Tirelli, Partner | Travel to Columbia SC for hrg on Mot PO w J Waites 1/2 rate | 4.00 | $187.50 | $750.00 |
| 9/10/2011 | Linda Tirelli, Partner | meet and confer w local counsel John Cantrell, prep for hearing | 4.75 | $375.00 | $1,781.25 |
| 9/11/2011 | linda Tirelli, Partner | Meet and confer w OC Brian Cromwell of Parker Poe, discuss compromise, proceed to attend hearing with J Waites | 5.00 | $375.00 | $1,875.00 |
| 9/11/2011 | linda Tirelli, Partner | Travel back to NY 1/2 rate | 4.00 | $187.50 | $750.00 |
| 9/16/2011 | linda Tirelli, Partner | Read 10 page opinion by J Waites re Kennerty PO Draft and post status update for Judge Drain | 1.40 | $375.00 | $525.00 |
| 9/21/2011 | linda Tirelli, Partner | Read emergency request fro N Schiavo to Court re discovery and respond via letter concerning unavailability bc mandated for appearance by another court | 0.30 | $375.00 | $112.50 |
| 9/21/2011 | linda Tirelli, Partner | Response to court re Schiavo "emergency" letter 306 pgs 5 docs | 1.08 | $375.00 | $406.25 |
| 9/23/2011 | Linda Tirelli, Partner | Deposition of Mary Ellen Brust 30(b)(6) for WF 10:00am-5:30pm | 7.50 | $375.00 | $2,812.50 |
| 9/23/2011 | Linda Tirelli, Partner | Travel to Deposition of Mary Ellen Brust 30(b)(6) for WF train and subway 2 hrs r/t charged at 1/2 rate | 2.00 | $187.50 | $375.00 |
| 10/11/2011 | Linda Tirelli, Partner | Court Appearance re status of discovery and request to file Motion for Summary Judgment | 1.33 | $375.00 | $500.00 |
| 10/12/2011 | Linda Tirelli, Partner | email DiSalvo to Schiavo re the notification deadline to respond to the request for sanctions & filing instructions; with 5 attachments | 0.30 | $375.00 | $112.50 |
| 10/12/2011 | linda Tirelli, Partner | Letter motion requesting sanctions | 2.00 | $375.00 | $750.00 |
| 10/14/2011 | Linda Tirelli, Partner | email LT to Andy Velez Rivera & Zipes, re Judge Drain Corr & exhibits with 5 attachments | 0.20 | $375.00 | $75.00 |
| 10/19/2011 | Linda Tirelli, Partner | email Schiavo to LT re letter to Judge Drain with 1 attachments | 0.20 | $375.00 | $75.00 |
| 10/19/2011 | linda Tirelli, Partner | Read OC response to my motion requesting sanctions | 0.20 | $375.00 | $75.00 |
| 10/26/2011 | linda Tirelli, Partner | Prepare for and Attend hearing on mot for sanctions OC claims there is no servicing agreement | 2.00 | $375.00 | $750.00 |
| 10/27/2011 | linda Tirelli, Partner | Confer with OC as tofuture proceedings | 0.20 | $375.00 | $75.00 |
| 11/2/2011 | Linda Tirelli, Partner | email Schoenthal re depo date i 12/20 | 0.10 | $375.00 | $37.50 |
| 11/10/2011 | linda Tirelli, Partner | email LT to Schiavo re Orde Denying Sanctions | 0.20 | $375.00 | $75.00 |
| 11/10/2011 | linda Tirelli, Partner | email schiavo to LT order request by Judge Drain not instructed for submission on notice | 0.20 | $375.00 | $75.00 |
| 11/10/2011 | linda Tirelli, Partner | email LT to Schiavo requesting proposed orders, emails, letters, corr, | 0.20 | $375.00 | $75.00 |
| 11/10/2011 | linda Tirelli, Partner | email LT to Schiavo reminder of earlier request for copies of comm | 0.20 | $375.00 | $75.00 |
| 11/10/2011 | linda Tirelli, Partner | Email schiavo to LT notifying proposed rder submitting in AM and no other communication occured; and 1 attachment | 0.20 | $375.00 | $75.00 |
| 11/10/2011 | linda Tirelli, Partner | Read court order denying sanctions | 0.10 | $375.00 | $37.50 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 11/12/2011 | linda Tirelli, Partner | Email LT to Schiavo requesting all commmunications to be disclosed | 0.30 | $375.00 | $112.50 |
| 11/12/2011 | linda Tirelli, Partner | Email LT To Bubba fwd hearing transcript | 0.30 | $375.00 | $112.50 |
| 11/23/2011 | linda Tirelli, Partner | Email Bubba to Jeff Daniel. Dtails of Case and MSJ filing, consider class action suit, | 0.20 | $375.00 | $75.00 |
| 11/23/2011 | linda Tirelli, Partner | email Jeff to Bubba, re further questions which need to be answered on this case | 0.20 | $375.00 | $75.00 |
| 11/23/2011 | linda Tirelli, Partner | email Bubba to LT re Obj to Claim, rule 23 language, | 0.30 | $375.00 | $112.50 |
| 11/28/2011 | linda Tirelli, Partner | email LT to counsel in AK re MSJ, fraud issues, escrow double dip sees that this may apply to Franklin case | 0.30 | $375.00 | $112.50 |
| 11/28/2011 | linda Tirelli, Partner | email Bubba to LT re Drain ruling on Obj then file AP injunctive relie | 0.20 | $375.00 | $75.00 |
| 12/16/2011 | linda Tirelli, Partner | email Schiavo to LT requesting Depo adjournment to post holidays | 0.20 | $375.00 | $75.00 |
| 12/16/2011 | linda Tirelli, Partner | email LT to Schiavo will check adjournment with client, apology for MSJ delay, question possibility of settlement | 0.30 | $375.00 | $112.50 |
| 12/16/2011 | linda Tirelli, Partner | Rev email from OC Schiavo, WF willing to discuss settlement, send email to confirm adjourn, | 0.30 | $375.00 | $112.50 |
| 12/16/2011 | linda Tirelli, Partner | email LT to Schiavo, conf adjournment of Depo, requesting list of docs FRE408 protection, demand letter, principal and interest reduction | 0.30 | $375.00 | $112.50 |
| 1/5/2012 | linda Tirelli, Partner | email LT to David Shaev re class action over escrow double dip in BK by WF, Shaev thinks this may apply to Franklin case, review Shaev's search on issue | 0.60 | $375.00 | $225.00 |
| 1/15/2012 | Linda Tirelli, Partner | Draft Motion for Summary Judgement as to 2 issues | 6.00 | $375.00 | $2,250.00 |
| 1/15/2012 | Linda Tirelli, Partner | Conf w OC Schiavo despite prior representations WF is "marking" the case as "No Settlement" position | 0.10 | $375.00 | $37.50 |
| 1/19/2012 | Linda Tirelli, Partner | Edit and reDraft Motion for Summary Judgement as to 2 issues | 3.00 | $375.00 | $1,125.00 |
| 1/20/2012 | Linda Tirelli, Partner | Final edits and draft of MSJ file with court and serve | 3.67 | $375.00 | $1,375.00 |
| 1/25/2012 | Linda Tirelli, Partner | Review errata sheet filed by OC for Mary Ellen Brust call with OC re writing on the errata sheet, draft cor post to ECF re atty schiavo made the errata sheet changes | 0.60 | $375.00 | $225.00 |
| 1/26/2012 | Linda Tirelli, Partner | Draft letter to court requesting phone conference per LBR 7001-1 with exhibits (35 pgs) re Wells Fargo stonewalling discovery | 1.40 | $375.00 | $525.00 |
| 1/27/2012 | Linda Tirelli, Partner | Read letter from N Schiavo address to court re my letter asking for a phone conference re discovery (33 pages) ; phone call to Schiavo and discussion with Greg Zipes and Andy Velez-Rivera of UST | 1.30 | $375.00 | $487.50 |
| 1/31/2012 | linda Tirelli, Partner | email CF to LT requesting transcript bill copy | 0.20 | $375.00 | $75.00 |
| 2/6/2012 | linda Tirelli, Partner | email Schiavo to LT conf CF Depo on 2/21 at Hogan Lovells with 1 attachment | 0.20 | $375.00 | $75.00 |
| 2/6/2012 | linda Tirelli, Partner | email Janice appler to LT attachment of request .pdf version | 0.10 | $375.00 | $37.50 |
| 2/23/2012 | Linda Tirelli, Partner | Read and analyze WF Opp to Mot for Relief from Stay | 2.40 | $375.00 | $900.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 2/27/2012 | Linda Tirelli, Partner | Prepare for oral argument re MSJ | 3.30 | $375.00 | $1,237.50 |
| 3/1/2012 | Linda Tirelli, Partner | Attend hearing / oral argument re MSJ<br>Prepare exhibits, call to client to discuss outcome | 6.00 | $375.00 | $2,250.00 |
| 3/13/2012 | Linda Tirelli, Partner | Read MSJ hrg transcript, share and discuss with colleagues re planned discovery strategy | 1.20 | $375.00 | $450.00 |
| 4/20/2012 | Linda Tirelli, Partner | Draft Final Order re Summary Judgment, after discussions w OC, present to court | 1.00 | $375.00 | $375.00 |
| 5/21/2012 | Linda Tirelli, Partner | Read court's Order granting SJ in part serve on OC | 0.20 | $375.00 | $75.00 |
| 6/25/2012 | Linda Tirelli, Partner | call with OC and draft cor to court adjourning all matters to September as discovery is ocontiuing and depos sched for August | 0.30 | $375.00 | $112.50 |
| 8/20/2012 | linda Tirelli, Partner | email LT to CF re prop loss dept at WF, OC is not retained for this<br>aspect, they suggest following WF procedures, we will file a motion if Wf wont cooperate | 0.37 | $375.00 | $137.50 |
| 8/27/2012 | linda Tirelli, Partner | Email to OC re sent loss dept paperwork, roofer will start soon,<br>roofer will put lein if not paid, TT pmt, WF lapse, settlement offer for the roof damage after storm | 0.40 | $375.00 | $150.00 |
| 9/4/2012 | linda Tirelli, Partner | email LT to Schiavo re WF agree to fix roof and endorse checks,<br>WF refuses to update mailing address, | 0.30 | $375.00 | $112.50 |
| 9/4/2012 | linda Tirelli, Partner | Email Schiavo to LT requesting all communications to go through her | 0.20 | $375.00 | $75.00 |
| 9/4/2012 | linda Tirelli, Partner | email LT to schiavo clarifying LT did not contact WF, CF is paying<br>a lawyer to handle this, reminder actions that interfere with preservation of asset is a violation of 362, WF needs to STOP contacting the debtor | 0.30 | $375.00 | $112.50 |
| 9/26/2012 | Linda Tirelli, Partner | call with Lisa OShea re court needs to adjourn to 11/28<br>draft cor post on ecf and forward to OC | 0.30 | $375.00 | $112.50 |
| 10/3/2012 | linda Tirelli, Partner | email OC re roof was replaced, tenants moved out,<br>Ins company stopped payment because WF took too long to deposit, Ins reissue a check. Phone call w OC | 0.60 | $375.00 | $225.00 |
| 10/8/2012 | linda Tirelli, Partner | email Brian Cromwell to LT re confirm kennerty depo, need attendees<br>need court reporter, request copies of depo docs as per local rule 7030-1h | 0.40 | $375.00 | $150.00 |
| 10/8/2012 | linda Tirelli, Partner | email LT to John Cantrell to confirm Rule 7030-h | 0.10 | $375.00 | $37.50 |
| 10/8/2012 | linda Tirelli, Partner | email John Cantrell to LT re no mandatory to present exhibits, pasted<br>local rule | 0.30 | $375.00 | $112.50 |
| 10/8/2012 | linda Tirelli, Partner | email LT to Cantrell re refusal to show depo docs, bogus AOM, nominee | 0.30 | $375.00 | $112.50 |
| 10/8/2012 | linda Tirelli, Partner | email LT to Brian assuming depo start time, notify of refusal to<br>produce deop docs in advance, received checks and will issue new ones, will notify if local counsel will attend.advise OC client of separation agmt, confidentially agmt ; subpoenaed depo | 0.50 | $375.00 | $187.50 |
| 10/8/2012 | linda Tirelli, Partner | Email Brian Cromwell to LT confirming separation agmt, depo start<br>time, and no consent to NC counsel | 0.30 | $375.00 | $112.50 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 10/8/2012 | linda Tirelli, Partner | email cantrell to LT further explanation of NC local rule & his suggestions pertain there too | 0.30 | $375.00 | $112.50 |
| 10/8/2012 | linda Tirelli, Partner | email LT to cantrell explaining refusal to provide docs in advance | 0.10 | $375.00 | $37.50 |
| 10/9/2012 | linda Tirelli, Partner | email cantrell to LT further explanation of his suggestion to provide docs in advance, does not see NC cousel as necessary | 0.30 | $375.00 | $112.50 |
| 10/9/2012 | linda Tirelli, Partner | email LT to brian cromwell following up request for docs, identify exhibits,objections, | 0.40 | $375.00 | $150.00 |
| 10/9/2012 | linda Tirelli, Partner | email LT to Cantrell re AOM, kennerty prior testimony, identified exhibitions and motions, freddie acquisition of loan, PSJ, authentication of endorsement, | 0.40 | $375.00 | $150.00 |
| 10/9/2012 | linda Tirelli, Partner | email Cantrell to LT approval of Brian email, verification of exhibit, admissibility of WF screenshot, Judge Drain argument with attachment from loan closing prior to endorsement | 0.40 | $375.00 | $150.00 |
| 10/9/2012 | linda Tirelli, Partner | email LT to Cantrell re affidavit, Judge Drain Ruling, dating after POC, affidavit doesnt confirm personal knowledge of when or how | 0.30 | $375.00 | $112.50 |
| 10/9/2012 | linda Tirelli, Partner | email LT to Cromwell re follow up on separation agmt, who is expected | 0.30 | $375.00 | $112.50 |
| 10/9/2012 | linda Tirelli, Partner | email cantrell to LT request for preference on NC local counsel | 0.20 | $375.00 | $75.00 |
| 10/9/2012 | linda Tirelli, Partner | email LT to Cantrell explaining the open ended request for counsel BC unable to object | 0.20 | $375.00 | $75.00 |
| 10/14/2012 | Linda Tirelli, Partner | Travel to Charlotte for depo of Kennerty 1/2 rate | 4.00 | $187.50 | $750.00 |
| 10/14/2012 | Linda Tirelli, Partner | Meeting with John Cantrell (local counsel) prepare for depo review file discuss additional research on Kennerty as relevant, call to Atty April Charney in Fl re depo issues | 5.00 | $375.00 | $1,875.00 |
| 10/15/2012 | Linda Tirelli, Partner | Meet w/ John Cantrell, Attend deposition of Herman John Kennerty Discussions with Attys at Parker Poe and from WF Coroporate | 6.70 | $375.00 | $2,512.50 |
| 10/16/2012 | Linda Tirelli, Partner | Travel back to NY 1/2 rate | 4.00 | $187.50 | $750.00 |
| 10/25/2012 | linda Tirelli, Partner | email Marela Kajasa to LT Kennerty Transcripts 12126 | 0.10 | $375.00 | $37.50 |
| 10/25/2012 | linda Tirelli, Partner | email LT to Cantrell forwarding transcripts from kennerty | 0.10 | $375.00 | $37.50 |
| 10/25/2012 | linda Tirelli, Partner | email Cantrell to LT re confidentiality  until unsealed by judge | 0.10 | $375.00 | $37.50 |
| 10/26/2012 | linda Tirelli, Partner | email LT to CF fwd transcripts of depo, explaining under seal, explaining possibility of sanctions if violated, will fwd invoice once received; nd 2 attachments | 0.00 | $375.00 | $0.00 |
| 10/26/2012 | linda Tirelli, Partner | email CF to LT confirming receipt of transcripts | 0.00 | $375.00 | $0.00 |
| 10/30/2012 | linda Tirelli, Partner | Email Javon Tinsley (Huseby) to LT er files now availble online, exhibits (18), LEF exhibit linked, Pdf transcripts (4), PTZ transcript, transcript | 0.40 | $375.00 | $150.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 11/14/2012 | linda Tirelli, Partner | email Lisa OShea to LT calendar for CF attached for review, consider possibility of adjournment | 0.20 | $375.00 | $75.00 |
| 11/16/2012 | linda Tirelli, Partner | email Lisa OShea to LT re will CF stay on 11/28 calendar | 0.10 | $375.00 | $37.50 |
| 11/16/2012 | linda Tirelli, Partner | email LT to Lisa OShea rew: CF can be moved, trying to settle, | 0.10 | $375.00 | $37.50 |
| 11/16/2012 | linda Tirelli, Partner | email Lisa OShea to LT confirmation of removal for 11/28 calendar of boh issues: Obj by WF and Obj to Claim of WF | 0.20 | $375.00 | $75.00 |
| 11/16/2012 | linda Tirelli, Partner | email Lisa OShea to LT request for adjournment date for 11/28 hearing | 0.10 | $375.00 | $37.50 |
| 11/17/2012 | linda Tirelli, Partner | email LT to Lisa OShea selection of 1/30 adjournment date from 11/28 | 0.10 | $375.00 | $37.50 |
| 2/13/2013 | linda Tirelli, Partner | email LT to Dorothy Li re date for non ch 13 day for evidentiary hearing on Obj to POC, provide a date ASAP, feel free to speak in person | 0.40 | $375.00 | $150.00 |
| 2/13/2013 | linda Tirelli, Partner | Email Dororthy Li to only date availb 5/3 | 0.20 | $375.00 | $75.00 |
| 2/13/2013 | linda Tirelli, Partner | Email LT to schiavo & griggs to verify 5/3 hearing availbility | 0.20 | $375.00 | $75.00 |
| 2/15/2013 | linda Tirelli, Partner | email LT to Dorothy LI re 5/3 date and no response from OC with email attached that was sent requesting approval from OC | 0.30 | $375.00 | $112.50 |
| 2/15/2013 | linda Tirelli, Partner | email Schiavo to LT & Li unavail 5/3 for hearing | 0.20 | $375.00 | $75.00 |
| 2/15/2013 | linda Tirelli, Partner | email LT to Schiavo questioning the nondisclosure of possible witnesse | 0.20 | $375.00 | $75.00 |
| 2/15/2013 | linda Tirelli, Partner | email Li to LT & Schiavo requesting availability for 5/20 | 0.10 | $375.00 | $37.50 |
| 2/15/2013 | linda Tirelli, Partner | email Schiavo to LT and Li will advise next week if 5/20 works | 0.10 | $375.00 | $37.50 |
| 2/15/2013 | linda Tirelli, Partner | email LT to schiavo & Li confirming 5/20 is good for debtor | 0.10 | $375.00 | $37.50 |
| 2/15/2013 | linda Tirelli, Partner | email Li to LT informing of the confirmation to be delayed until Schiavo confirms or denies availability | 0.10 | $375.00 | $37.50 |
| 2/25/2013 | linda Tirelli, Partner | email Schiavo to LT & Li confirmation of 5/20 avail | 0.10 | $375.00 | $37.50 |
| 3/5/2013 | linda Tirelli, Partner | email CF to LT re Ms Hatmil of IRS BK office phone call details, mixd messages from IRS, Contact marie to mke decisions, request for current trancript, | 0.00 | $375.00 | $0.00 |
| 3/11/2013 | Linda Tirelli, Partner | Draft Letter requesting document and witness list from OC email exchange and phone calls (4 emails 3 calls) | 0.70 | $375.00 | $262.50 |
| 3/13/2013 | linda Tirelli, Partner | email CF to LT 2011 tax filed, scanned receipts, with 1 attachment | 0.00 | $375.00 | $0.00 |
| 4/4/2013 | Linda Tirelli, Partner | Draft and post letter adjourning coonfimation call with Jody Kava discussing status of the case and pending litigation | 0.30 | $375.00 | $112.50 |
| 4/17/2013 | linda Tirelli, Partner | email exchange w client re status of BK base case | 0.00 | $375.00 | $0.00 |
| 4/17/2013 | linda Tirelli, Partner | review of depo trans | 0.60 | $375.00 | $225.00 |
| 4/29/2013 | Linda Tirelli, Partner | Draft and post letter adjourning coonfimation | 0.20 | $375.00 | $75.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 6/15/2013 | Linda Tirelli, Partner | Research Kyle Campbell the named 30 b6 for WF | 2.00 | $375.00 | $750.00 |
| 6/27/2013 | Linda Tirelli, Partner | Meeting with client for Depo preparation | 1.00 | $375.00 | $375.00 |
| 6/30/2013 | Linda Tirelli, Partner | Prepare for deposition of Kyle Campbell organize exhibits, review file | 2.00 | $375.00 | $750.00 |
| 7/1/2013 | linda Tirelli, Partner | Rev email attachments from CF - incl scanned cks found, escrow ck, daily planner from time of closing, fed ex'd June & July 2010 pmts, | 0.60 | $375.00 | $225.00 |
| 7/1/2013 | linda Tirelli, Partner | Conf w client re unapplied chcks, good faith, 21st Century Mediation testing memory of exact time she executed the closing docs and returned them to mortgage broker, affidavit & notorized with Mortgage Factory, mailbox on 6th ave, Austin Closers, Halloween Parade so street closed, mother ill and ultimately passed, the broker Mark Minchew, copies of checks and receipts | 1.25 | $375.00 | $468.75 |
| 7/1/2013 | linda Tirelli, Partner | email LT to CF providing depo time, address, and security procedure | 0.00 | $375.00 | $0.00 |
| 7/1/2013 | linda Tirelli, Partner | email CF to LT article on 21st Century Mediation litigtion with WF | 0.20 | $375.00 | $75.00 |
| 7/1/2013 | linda Tirelli, Partner | Email Exchange with OC re Deposition scheduled for 7/2 | 0.20 | $375.00 | $75.00 |
| 7/1/2013 | linda Tirelli, Partner | email exchange with client ( 5 emails) | 0.00 | $375.00 | $0.00 |
| 7/2/2013 | Linda Tirelli, Partner | Prepare and take deposition of Kyle Campbell of WF at office of OC in NYC, confer with OC, meeting re case, no settlement position continued by WF | 8.50 | $375.00 | $3,187.50 |
| 7/2/2013 | Linda Tirelli, Partner | Travel to deposition of Kyle Campbell of WF (1/2 rate) | 2.00 | $187.50 | $375.00 |
| 7/8/2013 | Linda Tirelli, Partner | Attend deposition of Cynthia Franklin 11:00am-5:00pm | 6.00 | $375.00 | $2,250.00 |
| 7/15/2013 | linda Tirelli, Partner | email CF to LT re taxes; has IRS docs, IRS BK dept, 2012 ext and pmt | 0.30 | $375.00 | $112.50 |
| 7/15/2013 | linda Tirelli, Partner | email LT to CF send proof of taxes; has IRS docs, IRS BK dept, | 0.10 | $375.00 | $37.50 |
| 7/16/2013 | linda Tirelli, Partner | email CF to LT NYS & Fed ext for 2012; sent $200 cc for NYS, will scan checks tomorrow; with 2 attachments | 0.10 | $375.00 | $37.50 |
| 7/17/2013 | linda Tirelli, Partner | email LT To CF explaining CC cannot be used in BK and questioning if CF misspoke | 0.10 | $375.00 | $37.50 |
| 7/17/2013 | linda Tirelli, Partner | email CF to LT explaining CC situation and how its really paul's with her name on it | 0.30 | $375.00 | $112.50 |
| 7/17/2013 | linda Tirelli, Partner | email LT to CF saying if the CC is pauls and CF has no responsibilty to pay then CC is okay; requesting TX valuation, pd appraisal, & market analysis | 0.30 | $375.00 | $112.50 |
| 7/17/2013 | linda Tirelli, Partner | email CF to LT re Credit, house appraised in 2010 post BK | 0.10 | $375.00 | $37.50 |
| 7/17/2013 | linda Tirelli, Partner | email LT to CF requesting a more recent appraisal for deal | 0.20 | $375.00 | $75.00 |
| 7/17/2013 | linda Tirelli, Partner | email CF to LT unsure of what IRS wants, 2011 filed, 2012 ext with 1 attachment | 0.20 | $375.00 | $75.00 |
| 9/27/2013 | Linda Tirelli, Partner | Discussion with clerk and OC, adjourn evidentiary hrg to 12/3 | 0.30 | $375.00 | $112.50 |
| 11/15/2013 | linda Tirelli, Partner | email CF to LT re appraisal, confirmation hearing, judge drain ruling | 0.20 | $375.00 | $75.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 11/20/2013 | Linda Tirelli, Partner | Prepare for evidentiary hearing review file | 3.50 | $375.00 | $1,312.50 |
| 11/20/2013 | Linda Tirelli, Partner | Discussion with Schiavo re trial notebook requesting she provide her exhibits asap as book is due | 0.30 | $375.00 | $112.50 |
| 11/25/2013 | Linda Tirelli, Partner | Prepare for evidentiary hearing review file | 1.50 | $375.00 | $562.50 |
| 11/26/2013 | Linda Tirelli, Partner | Assemble and deliver trial notebooks to court, confer w OC print and copy all exhibits | 1.50 | $375.00 | $562.50 |
| 11/29/2013 | linda Tirelli, Partner | email LT to Daniel Silberger of NYSB court, attachment of Herman John Kennerty Transcript, order of Hon. John Waites of USBC of SC, with 12 attachments | 0.40 | $375.00 | $150.00 |
| 12/1/2013 | Linda Tirelli, Partner | prepare for evidentiary hrg, review file, prep client for testifying | 6.50 | $375.00 | $2,437.50 |
| 12/2/2013 | Linda Tirelli, Partner | prepare for evidentiary hrg, review file,  mark exhibits, make copies, organize file, revise notes, review case with colleagues (Tom Cox, Max Gardner, Thad Bartholow) discuss case with Todd Cushner | 4.50 | $375.00 | $1,687.50 |
| 12/3/2013 | Linda Tirelli, Partner | attend evidentiary hrg, discuss with client, discussion with OC, final notes | 7.00 | $375.00 | $2,625.00 |
| 12/9/2013 | Linda Tirelli, Partner | Receive statement of case from JTeitelbaum in case of America Sanchez for evidentiary hearing sched for 12/10/13 find submission of a, "Endorsement Order Form" by wells fargo showing local counsel "request / ordered" a post-petiton indorsement stamp on a note.  Compare to Franklin testimony. | 0.40 | $375.00 | $150.00 |
| 12/15/2013 | Linda Tirelli, Partner | Research issue of post trial evidence of fraud (note indorsement order form submitted in SDNY in unrelated case I happen to be co-counsling on)confer with Tom Cox and Max Gardner re reopening discovery, might need something more, discussion with client | 1.50 | $375.00 | $562.50 |
| 1/30/2014 | Linda Tirelli, Partner | Research issue of post trial brief pper court directive | 2.00 | $375.00 | $750.00 |
| 2/7/2014 | Linda Tirelli, Partner | Reasearch draft edit file Emergency Motion to reopen Discovery re Wells Fargo "Note Indorsement Request Form" to the "Note Indorsement Team" | 5.00 | $375.00 | $1,875.00 |
| 2/18/2014 | Linda Tirelli, Partner | Final draft and edit of trial brief, submit to court | 4.00 | $375.00 | $1,500.00 |
| 2/19/2014 | Linda Tirelli, Partner | Read copy of a Wells Fargo Attorney Manual discussion with seasoned colleagues concerning authenticity of cdocument and how to reopen the Franklin trial. Read entire manual | 3.00 | $375.00 | $1,125.00 |
| 3/10/2014 | Linda Tirelli, Partner | Draft Supplement to Motion to Reopen toinclude the WF Attorney Foreclosure Manual, Request for Admission and the admission of authenticity from the Mota case w J Gropper | 4.00 | $375.00 | $1,500.00 |
| 3/11/2014 | Linda Tirelli, Partner | Edit  Supplement to Motion to Reopen to include the WF Attorney foreclosure manual and the Req for Admissions, file w the court | 1.00 | $375.00 | $375.00 |
| 3/17/2014 | Linda Tirelli, Partner | Refile supplement to Emergency Motion to Reopen | 0.60 | $375.00 | $225.00 |
| 4/1/2014 | Linda Tirelli, Partner | Third Supplemental Document pertaining to Emergency Mot to Reopen Discovery | 1.08 | $375.00 | $406.25 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/13/2014 | Linda Tirelli, Partner | Read opposition to Mot to Reopen Discovery 9 pages, make notes, forward to client and colleagues | 1.33 | $375.00 | $500.00 |
| 5/20/2014 | Linda Tirelli, Partner | Prepare for oral argument on Energency Mot to Reopen Discovery Post-Trial | 1.00 | $375.00 | $375.00 |
| 5/21/2014 | Linda Tirelli, Partner | Attend court hearing, oral argument regarding motion to reopen discovery w/Wells Fargo; meet and confer with opposing counsel;meet and confer with colleague regarding strategy | 3.00 | $375.00 | $1,125.00 |
| 5/29/2014 | Linda Tirelli, Partner | Read OC's post trial brief on the issues of electronic evidence at trial | 0.70 | $375.00 | $262.50 |
| 6/2/2014 | linda Tirelli, Partner | email LT to CF re: judge allowing addtl discovery; 1 attachment | 0.20 | $375.00 | $75.00 |
| 6/5/2014 | linda Tirelli, Partner | Email LT to Borackc & AC re: fwd CF transcript | 0.20 | $375.00 | $75.00 |
| 6/6/2014 | linda Tirelli, Partner | Email AC to Borack fwd of CF transcripts | 0.30 | $375.00 | $112.50 |
| 6/7/2014 | Linda Tirelli, Partner | Review 6 additional foreclosure manuals produced by OC | 6.00 | $375.00 | $2,250.00 |
| 6/9/2014 | linda Tirelli, Partner | Email Zipes to LT requesting hearing transcripts | 0.10 | $375.00 | $37.50 |
| 6/9/2014 | linda Tirelli, Partner | Email LT to Zipes hearing transcript, Evidence issue, witness competen | 0.30 | $375.00 | $112.50 |
| 7/1/2014 | linda Tirelli, Partner | Email LT to LG trial brief re elec business records and competency of a witness; workable draft; Judge Drain opinion; 3 attachments | 0.30 | $375.00 | $112.50 |
| 7/1/2014 | Linda Tirelli, Partner | Discussion with colleagues re additional discovery and the pros and cons of seeking additional discovery | 1.00 | $375.00 | $375.00 |
| 7/3/2014 | Linda Tirelli, Partner | confer w client weighing in on the cost of additional depo transcripts and the additional WF manuals produced, likelihood of effect on the court, court's warning to know when to stop digging | 0.70 | $375.00 | $262.50 |
| 7/9/2014 | linda Tirelli, Partner | Email LT to Schiavo & Dunn; re CF 2nd supplemental, POC, amended POC with 1 attachment | 0.30 | $375.00 | $112.50 |
| 7/18/2014 | linda Tirelli, Partner | Email CF to LT re possibility to pay off plan sooner, WF int rate, NYC libraries, Dunn Allegations, | 1.00 | $375.00 | $375.00 |
| 8/9/2014 | linda Tirelli, Partner | Email CF to LT re banks gamemanship with numbers, no compensations | 1.00 | $375.00 | $375.00 |
| 8/16/2014 | linda Tirelli, Partner | email CF to LT re Skyfall, James dunn, clip, | 0.30 | $375.00 | $112.50 |
| 8/16/2014 | linda Tirelli, Partner | email CF to LT re another version of clip | 0.20 | $375.00 | $75.00 |
| 8/26/2014 | linda Tirelli, Partner | email Schiavo to LT Franklin responses 6 of 7, with 4 attachments | 0.10 | $375.00 | $37.50 |
| 8/26/2014 | linda Tirelli, Partner | email Schiavo to LT Franklin responses 7 of 7, with 5 attachments | 0.10 | $375.00 | $37.50 |
| 9/15/2014 | Linda Tirelli, Partner | confer with David Dunn and N Schiavo WF continues with a no-settlement/no pay position, discuss additional witnesses, discuss closing out discovery as is | 0.60 | $375.00 | $225.00 |
| 9/16/2014 | Linda Tirelli, Partner | Read Schiavo letter re closing discovery | 0.10 | $375.00 | $37.50 |
| 9/18/2014 | linda Tirelli, Partner | email Brittany to LT Discovery memorandum | 0.30 | $250.00 | $75.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 9/23/2014 | linda Tirelli, Partner | email LT to CF requesting call | 0.10 | $375.00 | $37.50 |
| 9/24/2014 | linda Tirelli, Partner | email LT to Silverberg re letter req court to render a decision; 1 attachment | 0.30 | $375.00 | $112.50 |
| 9/24/2014 | Linda Tirelli, Partner | Discuss discovey with client, decision to close discovery draft cor to court closing discovery | 0.40 | $375.00 | $150.00 |
| 1/29/2015 | linda Tirelli, Partner | email LT to CF re Judge Drain opinion | 0.10 | $375.00 | $37.50 |
| 1/29/2015 | Linda Tirelli, Partner | READ THE BEST 40 PAGE OPINION IN THE HISTORY OF BANKRUPTCY LITIGATION, FORECLOSURE CRISIS AND BANK FRAUD- NO CHARGE!!!!!!! | 0.00 | $375.00 | $0.00 |
| 1/30/2015 | linda Tirelli, Partner | email LT to CF requesting a phone call | 0.10 | $375.00 | $37.50 |
| 2/6/2015 | linda Tirelli, Partner | email LT t Judge Drain re proposed order for decision; 1 attachment | 0.20 | $375.00 | $75.00 |
| 2/9/2015 | linda Tirelli, Partner | email LT to Cf- order entered disallowing claim, phone conf with Thad Bartholow, entering order, WF 14 day | 0.75 | $375.00 | $281.25 |
| 2/20/2015 | Linda Tirelli, Partner | email LT to CF & thad, re: Not of Appeal, designtion of Recd, BK proceedings, appellate court affirmative, | 1.00 | $375.00 | $375.00 |
| 2/20/2015 | Linda Tirelli, Partner | Read Notice of Intent to appeal forward to client and TX counsel Thad Bartholow | 0.20 | $375.00 | $75.00 |
| 3/6/2015 | Linda Tirelli, Partner | Review Schiavo Designation of Record call to discuss Appeal with Tara Twoomey,Esq., discuss case and NACA interest | 0.60 | $375.00 | $225.00 |
| 3/9/2015 | Linda Tirelli, Partner | Discuss apeal with client and assigned District Court Judge Karas | 0.20 | $375.00 | $75.00 |
| 3/18/2015 | linda Tirelli, Partner | email LT to Schiavo re : stip to extend the deadline with 1 attachment | 0.20 | $375.00 | $75.00 |
| 3/18/2015 | Linda Tirelli, Partner | Draft and enter stip to extend time to designate record | 0.60 | $375.00 | $225.00 |
| 3/19/2015 | Linda Tirelli, Partner | So Ordered Endorsement by J Karas re extention to designate record | 0.10 | $375.00 | $37.50 |
| 3/29/2015 | linda Tirelli, Partner | confirm with associate Atty Lust | 0.40 | $375.00 | $150.00 |
| 3/29/2015 | linda Tirelli, Partner | confirm with associate Atty Lust | 0.10 | $375.00 | $37.50 |
| 3/30/2015 | Linda Tirelli, Partner | Reviewand edit designation of record confer with Tara Twoomey, Esq. | 1.00 | $375.00 | $375.00 |
| 4/1/2015 | Linda Tirelli, Partner | Discuss briefing schedule w OC, review court rules review proposed stip by OC, execute | 0.60 | $375.00 | $225.00 |
| 4/17/2015 | linda Tirelli, Partner | email LT to Dunn & Schiavo, re District court corr with 1 attachment | 0.20 | $375.00 | $75.00 |
| 4/17/2015 | Linda Tirelli, Partner | Read letter motion from David Dunn requesting the Kennerty deposition be filed under seal | 0.60 | $375.00 | $225.00 |
| 4/17/2015 | Linda Tirelli, Partner | Draft and file responsive letter requesting time to fully respond and obj to Dunn's request to file Kennerty Trans under seal | 0.40 | $375.00 | $150.00 |
| 4/20/2015 | Linda Tirelli, Partner | research, draft and file responsive opposition to Dunn's letter motion to file Kennerty deposition transcript under seal | 3.00 | $375.00 | $1,125.00 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 4/21/2015 | linda Tirelli, Partner | email LT to ELizabeth Cohen of DFS NY, Kennerty Depo, errata sheet, PO issued until Depo admitted at trial, CF case on appeal, WF filed a letter motion to have kennerty Depo sealed; with 3 attachments | 0.40 | $375.00 | $150.00 |
| 4/23/2015 | linda Tirelli, Partner | email LT to Judge Drain, re Appeal update | 0.10 | $375.00 | $37.50 |
| 4/23/2015 | linda Tirelli, Partner | confirm with partner Atty Cushner Re: Protective Order, decision, | 0.30 | $375.00 | $112.50 |
| 4/23/2015 | linda Tirelli, Partner | confirm with Colleague Max Gardner on Franklin Cor to District court re opp to reconsider; with 1 attach | 0.20 | $375.00 | $75.00 |
| 4/23/2015 | linda Tirelli, Partner | confer with Colleague Max Gardner and Tara Twoomey reviewing designation of record and discussion about Record, ecf by way of exhibits, contacting law clerk is exparte, entire trial notebook as submitted, all evidence at trial | 0.40 | $375.00 | $150.00 |
| 4/23/2015 | linda Tirelli, Partner | email LT to Tara Twoomey, conferring with colleague, direct response to OC, misrepresenting the truth in existence of PO, OC lack credibility | 0.40 | $375.00 | $150.00 |
| 4/23/2015 | linda Tirelli, Partner | email LT to Irina, OC in part of case, OC caught in lie, fwd of memo endorsemnt to Hon. Judge Drain. | 0.30 | $375.00 | $112.50 |
| 4/23/2015 | linda Tirelli, Partner | email Irina to LT, following CF endorsement | 0.10 | $375.00 | $37.50 |
| 4/23/2015 | linda Tirelli, Partner | email LT to Irina memo endorsement credibility | 0.10 | $375.00 | $37.50 |
| 4/23/2015 | linda Tirelli, Partner | email Irina to LT, court is at a loss, understand appellants represent that the transcript remains under seal | 0.20 | $375.00 | $75.00 |
| 4/23/2015 | linda Tirelli, Partner | email LT to Irina, court decision seting tone, court picked up on lie, looking fwd to OC brief | 0.20 | $375.00 | $75.00 |
| 4/23/2015 | linda Tirelli, Partner | email Irina to LT, request to seal denied | 0.10 | $375.00 | $37.50 |
| 4/23/2015 | Linda Tirelli, Partner | Read Judge Karas's memo endorsement DENYING Dunn's motion to file the Kennery Depo under seal, send copy to client and colleagues | 0.40 | $375.00 | $150.00 |
| 4/25/2015 | linda Tirelli, Partner | email LT to Tara Twoomey, conferring with colleague reconsidering ruling, keeping Kennerty Depo under seal, doc admitted into evidence, OC objection to relevance, no pending PO, depo admitted at trial ; with 2 attachments | 0.30 | $375.00 | $112.50 |
| 4/26/2015 | linda Tirelli, Partner | email CF to LT confirming pmt made in full to huseby | 0.20 | $375.00 | $75.00 |
| 4/26/2015 | linda Tirelli, Partner | email LT to CF confirming pmt receipt to Huseby | 0.10 | $375.00 | $37.50 |
| 4/27/2015 | linda Tirelli, Partner | email LT to Schiavo, depo made public, PO no longer in place, extend brief deadline, respond to letter, | 0.30 | $375.00 | $112.50 |
| 4/27/2015 | linda Tirelli, Partner | email Schiavo to LT proposed stip extending brief deadlines, confirm okay to file; 1 atteachement | 0.20 | $375.00 | $75.00 |
| 4/27/2015 | Linda Tirelli, Partner | read Deunn letter motion to reconsider ruling denying filing kennerty depo under seal | 0.58 | $375.00 | $218.75 |
| 4/28/2015 | linda Tirelli, Partner | email Schiavo to LT, re Franklin stip annexed | 0.10 | $375.00 | $37.50 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/28/2015 | linda Tirelli, Partner | email LT to Schiavo, re what stipulation requires approval | 0.10 | $375.00 | $37.50 |
| 4/28/2015 | linda Tirelli, Partner | EMAIL schiavo to LT, re follow up on franklin strip, requesting approval to file | 0.20 | $375.00 | $75.00 |
| 4/29/2015 | Linda Tirelli, Partner | Discuss and enter stip to revise briefing schedule with OC Schiavo | 0.40 | $375.00 | $150.00 |
| 5/3/2015 | Linda Tirelli, Partner | Research & Confer w/ counsel in New Mexico in case where BK court cited J Drain's Franklin Opinion and the reliance on the Kennerty depo, obtain copy of related docs in the NM case, draft opposition to Mot to Reconsider citing NM case | 0.60 | $375.00 | $225.00 |
| 5/4/2015 | Linda Tirelli, Partner | Draft and file opposition to Dunn's Mot to Reconsider citing other courts' reliance on the opinion which | 2.50 | $375.00 | $937.50 |
| 5/6/2015 | Linda Tirelli, Partner | Read seething memo endorsement by J Kara denying Dunn Mot to Reconsider, bc "proverbial cat is out of the bag" forward copy to client | 0.40 | $375.00 | $150.00 |
| 5/11/2015 | Linda Tirelli, Partner | Read Appellant's Brief, make notations, puill cited cases for review, discuss response with associate Irina Lust | 3.00 | $375.00 | $1,125.00 |
| 5/15/2015 | Linda Tirelli, Partner | Conference with NCLC attys to discuss the Franklin appeal and strategy for the appeal, pull caselaw, forward to Irina Lust | 1.60 | $375.00 | $600.00 |
| 5/29/2015 | Linda Tirelli, Partner | Start outline of Brief, pull relevant docs from record | 2.30 | $375.00 | $862.50 |
| 6/12/2015 | Linda Tirelli, Partner | review IL's first draft of the brief, marke up, provide additional briefs for reference | 2.10 | $375.00 | $787.50 |
| 6/12/2015 | linda Tirelli, Partner | email Irina to LT Brief draft 1 with 1 attachment | 0.10 | $375.00 | $37.50 |
| 6/17/2015 | linda Tirelli, Partner | email LT to DiSalvo & Correa, direct inquiry for courts, appelle brief trial notebooks reference, designation of record, certified copies of notebooks needed, | 0.50 | $375.00 | $187.50 |
| 6/17/2015 | linda Tirelli, Partner | email Irina to LT Brief draft 1 with 2nd argument and partial 1st arg with 1 attachment | 0.20 | $375.00 | $75.00 |
| 6/18/2015 | Linda Tirelli, Partner | Read 2nd draft of Brief from IL, mark up, add cites and references | 2.00 | $375.00 | $750.00 |
| 6/19/2015 | linda Tirelli, Partner | email LT to david baker, Max Gardner, THad, Tara Twomey, tim co re: requesting assistance with appellate brief and providing minimal background, with 6 attachments | 1.00 | $375.00 | $375.00 |
| 6/19/2015 | linda Tirelli, Partner | email John Cantrell to LT with  beginning suggestions & revisions, 7+ | 1.00 | $375.00 | $375.00 |
| 6/19/2015 | linda Tirelli, Partner | email Tom Cox to LT, will revise after BK attorneys make content edits | 0.30 | $375.00 | $112.50 |
| 6/19/2015 | linda Tirelli, Partner | email Tara Twomey to LT offering her help in revisions of Brief | 0.10 | $375.00 | $37.50 |
| 6/19/2015 | linda Tirelli, Partner | email LT to Tara Twomey , thanking her for her services | 0.10 | $375.00 | $37.50 |
| 6/19/2015 | linda Tirelli, Partner | email Irina Lust to LT, re appellee brief third revision, 1 attachment argument rearranged, case law, specific quotes, | 0.30 | $375.00 | $112.50 |

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 6/19/2015 | linda Tirelli, Partner | email LT to Irina, def of Unioil, MFSJ, 30b6 witness, depo transcript Appendix 1, lack of credibility, agency relationship btw wF/Freddie Mac, no possession of note, with 2 attachments | 1.00 | $375.00 | $375.00 |
| 6/20/2015 | linda Tirelli, Partner | email Tara twomey to LT questioning the 25pg limit incosistent with rules, | 0.20 | $375.00 | $75.00 |
| 6/20/2015 | linda Tirelli, Partner | email LT to Tara Twomey & Irina Lust explaining 25 pg local rule for brief and 15 pg final reply | 0.20 | $375.00 | $75.00 |
| 6/20/2015 | linda Tirelli, Partner | email Max Gardner to LT, will review, requesting Box and Track Change feature | 0.20 | $375.00 | $75.00 |
| 6/20/2015 | linda Tirelli, Partner | email Thad to LT, confirming receipt and will help with process | 0.10 | $375.00 | $37.50 |
| 6/20/2015 | linda Tirelli, Partner | email LT to Thad, confirming receipt of his email | 0.10 | $375.00 | $37.50 |
| 6/20/2015 | Linda Tirelli, Partner | email LT to Cantrell confiriming receipt of his revisions and they were implemented | 0.10 | $375.00 | $37.50 |
| 6/21/2015 | linda Tirelli, Partner | email Tara Twamoney to LT re Brief revisions with 2 attachments | 0.10 | $375.00 | $37.50 |
| 6/21/2015 | linda Tirelli, Partner | email LT to Irina, fwd TT revisions | 0.10 | $375.00 | $37.50 |
| 6/22/2015 | linda Tirelli, Partner | email Max Gardner to LT, attached brief with suggested changes | 0.10 | $375.00 | $37.50 |
| 6/22/2015 | linda Tirelli, Partner | email LT to Tara Twomey, re Franklin Brief revisions, cutting down to 25 pages, cite the record, with 1 attachment | 0.30 | $375.00 | $112.50 |
| 6/23/2015 | linda Tirelli, Partner | email John Cantrell to LT, Franklin Brief revisions & explanations, with 1 attachment | 0.40 | $375.00 | $150.00 |
| 6/23/2015 | linda Tirelli, Partner | email Thad Barthlow to LT, Brief revisions, and explanations on middle section, restatement needs to be edited to reflect a response, focus points; with 1 attachment | 0.30 | $375.00 | $112.50 |
| 6/23/2015 | linda Tirelli, Partner | email LT to Thad, Mx, Cantrell, Irina Lust, re: final copy of brief subject to any further critiques submitted by review colleagues | 0.30 | $375.00 | $112.50 |
| 6/23/2015 | linda Tirelli, Partner | Email LT to Max Gardner, confer with colleague on breif, accepted all suggested edits, standard review, 8013, statement on the issues | 0.40 | $375.00 | $150.00 |
| 6/24/2015 | linda Tirelli, Partner | email LT to Max Gardner, confer with collegue on Franklin Brief, OC has 30 days to respond; with 1 attachment | 0.20 | $375.00 | $75.00 |
| 6/24/2015 | linda Tirelli, Partner | email LT to CF, re Appellee Brief, 2500+ pgs, CD copy, other parties whom assisted | 0.40 | $375.00 | $150.00 |
| 6/27/2015 | linda Tirelli, Partner | email CF to LT, re Pacer Upload, Cert of Svc, Bronxville Address chang | 0.30 | $375.00 | $112.50 |
| 6/27/2015 | linda Tirelli, Partner | email LT to cf, re confirmation of address update to WP addres | 0.20 | $375.00 | $75.00 |
| 6/30/2015 | linda Tirelli, Partner | Email LT to Andy Velez Rivera & Zipes, re no request for oral argument | 0.20 | $375.00 | $75.00 |
| 6/30/2015 | linda Tirelli, Partner | email Andy Velez to LT, re update for oral argument | 0.10 | $375.00 | $37.50 |
| 7/15/2015 | linda Tirelli, Partner | email Irina to LT Appellees Brief Revision 2 including argument 1 with 1 attachement | 0.10 | $375.00 | $37.50 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/15/2015 | Linda Tirelli, Partner | Read Appellant's Response Brief, email copy to client, discuss with client | 1.50 | $375.00 | $562.50 |
| 5/13/2016 | Linda Tirelli, Partner | Read letter to USDC Judge Karas from OC (Atty David Dunn ) essentially telling the Judge that case has been fully submitted since July 2015, and ask that a decision be rendered by July 27 2016 - basically implying that United States Federal District Court should hurry up and make a decision by a suggested deadline.  Confer with Tara Twoomey and John Rao, call to client all agree the letter is offensive and best not to respond or otherwise chime in. | 0.77 | $375.00 | $287.50 |
| | | **Subtotal:  Linda Tirelli, Partner** | **309.90** | | **$112,431.25** |
| | | **Amount Due** | **388.80** | | **$145,542.78** |

# Exhibit "b"
# Retainer agreement

# THE LAW OFFICES OF LINDA M. TIRELLI, PC

**1100 SUMMER STREET, THIRD FLOOR • STAMFORD, CT 06905**
**PHONE (203)653-2203 • FAX (914)946-0870 • EMAIL WESTCHESTERLEGAL@AOL.COM**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

\* Admitted CT and SDNY

White Plains, NY Office
(By Appointment Only)
202 Mamaroneck Ave., 3rd Floor
White Plains, NY 10601
(914) 946-0860

## CONTRACT FOR CHAPTER 13 BANKRUPTCY SERVICES

This Agreement is executed this the 16th day of July, 2010, by and between The Law Offices of Linda M. Tirelli (the Attorney) and Cynthia C. Franklin (the Debtor). The parties agree as follows:

### 1.     Type of Bankruptcy.

Debtor retains attorney to file a Chapter 13 bankruptcy case. If the Debtor determines at a later date that the Debtor desires to file a Chapter 7 bankruptcy case, the parties shall execute a new fee contract setting forth the terms of such representation. If Debtor elects to convert the Chapter 13 case to a Chapter 7 case, then Attorney shall be under no duty to prepare and file the necessary court papers until the new fee agreement has been signed and the agreed upon fees paid.

### 2.     Base Attorney Fees.

The base attorney fee for filing the Chapter 13 bankruptcy case is $5000.00. The base fee shall be as follows: the sum of $4000 is due on August 16, 2010 and the sum of $1000 is to be paid as an "up front" payment in part prior to filing. The services of the attorney included in the base fee are those normally contemplated for a Chapter 13 case. They include the services listed below:

  (a)   Preparation and electronic filing of petition, schedules, supplemental local forms, Chapter 13 Plan and mailing matrix.
  (b)   Drafting and mailing notice to creditors advising of filing of case, including a copy of your Chapter 13 Plan.
  (c)   Drafting and mailing to you a letter regarding your attendance at the Section 341 meeting and your other responsibilities.
  (d)   Preparation for and attendance at Section 341 meeting.
  (e)   Review of order confirming plan and periodic case status reports from the Chapter 13 trustee.
  (f)   Review of trustee's motion for allowance of claims.
  (g)   Maintaining custody and control of case files.
  (h)   Service of orders on all affected parties.
  (i)   Verification of your identity and social security number.
  (j)   Defending objections to confirmation of your Chapter 13 Plan.

*C C F*

**INITIALS**



National Association of Consumer Bankruptcy Attorneys

\*The Law Offices of Linda M. Tirelli and Westchester Legal Credit Solutions, designated as a Federal Debt Relief Agency by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.

The base fee shall also include the following services to the extent they are requested or reasonably necessary for your effective representation:

(a) Preparation and filing of proofs of claim on your behalf for your creditors.
(b) Drafting and filing objections to scheduled and unscheduled proofs of claim.
(c) Assumptions and rejections of unexpired leases and executory contracts.
(d) Preparation for and attendance at valuation hearings.
(e) Motions to transfer venue.
(f) Requesting copies of proofs of claim from Trustee.
(g) Consultation with you regarding obtaining post-petition credit (no motion filed).
(h) Motions to avoid liens.
(i) Calculation of plan payment modifications (no motion filed).
(j) Adding creditor address to mailing matrix as necessary.
(k) Responding to written creditor contacts regarding plan terms, valuation of collateral, claim amounts and the like.
(l) Responding to your contacts regarding changes in your financial and personal circumstances and advising the Court and Trustee of the same.
(m) Communicating with you regarding payment defaults, insurance coverage, credit disability and the like.
(n) Obtaining and providing the Trustee with copies of documents relating to lien perfection issues.
(o) Notifying creditors of entry of discharge.
(p) Notifying creditors by certified mail of alleged violations of the automatic stay.
(q) Drafting and mailing letters regarding voluntary turnover of property.
(r) Review of documents in relation to the use or sale of collateral (no motion filed).
(s) Providing you with a list of answers to frequently asked questions and other routine communications with you.

## 3. Non-Base Attorney Fees.

In some Chapter 13 cases, the legal services which are beyond those contemplated in the base fee must nonetheless be provided by the Attorney. These legal services are also listed below:

(a) Abandonment of property post-confirmation.
(b) Motion for moratorium.
(c) Motion for authority to sell property.
(d) Motion to modify.
(e) Motion to use cash collateral or to incur credit.
(f) Defense of motion for relief from stay or co-debtor stay.
(g) Defense of motion to dismiss filed after confirmation of your plan.
(h) Non-base fee requests.
(i) Stay violation litigation, including amounts paid as fees by the creditor or other party.
(j) Post-discharge injunction actions.
(k) Adversary proceedings.
(l) Wage garnishment orders
(m) Turnover adversaries.
(n) Conversion to Chapter 7.
(o) Motions to substitute collateral.
(p) Motions For Discharge.
(q) Any other matter not covered by the base fee.

_CCF_

**INITIALS**

For such non-base services, you may be charged without any further notice and in the discretion of the Court non-base fees for the following services and in the amounts noted:

| | |
|---|---|
| Defense of motion to dismiss the case | $200.00 |
| Motion to modify order, including moratorium | $350.00 |
| Motion to substitute collateral | $450.00 |
| Defense of Motion to lift any stay | $450.00 |
| Motion to sell real or personal property | $450.00 |

The Attorney, in his discretion, may also keep time and expense records for any non-base service and apply to the Court for the approval of the fee plus all expenses incurred. The current hourly fee for your Attorney is $375.00. All base and non-base fees will be added to your plan (unless paid directly by Debtor or a third-party such as a creditor in a contested case) and will be paid through the plan. It is possible that any non-base fees added to your plan may result in an increase in your monthly plan payment or in an extension of the length of your plan or both.

**4.    Contingent Fees.**

The attorney will be entitled to a contingency fee equal to 50% of any actual recovery from any party for a violation of the automatic stay, the co-debtor stay, the discharge injunction, for breach of the plan or any terms thereof, or for breach of any state or federal consumer protection statutes. The New York Contingency Fee Addendum form is attached to and made a part of this Agreement.

**5.    Expenses.**

The Attorney shall be entitled to apply to the Court for approval of any expenses related to your case for base fee or non-base fee services. Such expenses include but are not limited to court fees, telephone fees, fax fees, copy fees, postage fees, PACER fees, electronic or other research fees. In the Court's discretion, the Attorney may request without any notice or documentation a blanket expense of $1.00 for each item noticed to creditors as an expense for postage, copying and envelopes.

**6.    Court Approval of Fees.**

All fees included in this Agreement are subject to the control of the United States Bankruptcy Court for the Southern District of New York. Any changes in the presumed non-base fees by the Court shall be deemed to immediately modify and amend the terms and conditions of this Agreement as to the non-base fees and shall be incorporated herein by this reference. Any subsequent increase in the base fees by the Court shall have no impact on the original base fee provided for in this Agreement.

**7.    Assumptions for the Base Fee.**

The base fee is based on the following assumptions:

(a)    The Debtor has provided the Attorney with all requested information.
(b)    The Debtor has provided the Attorney with complete and accurate information.
(c)    The Debtor's circumstances, especially the Debtor's current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
(d)    The Debtor will provide all requested documents within 15 days of the date of this Agreement.

CC F
_____
**INITIALS**

**8. Costs and Expenses to be paid directly by Debtor.**

The debtor shall pay all costs related to the filing of the bankruptcy case. These costs currently include the court filing fee of $274.00; the costs of mandatory pre-filing credit counseling, which is approximately $50.00; the mandatory post-filing educational course, which is also approximately $50.00; the costs of any PACER checks, which is approximately $10.00; the costs of any appraisals of real or personal property; the costs of obtain current consumer reports in the Debtor is not entitled to free reports; and any other costs as agreed to by the parties. *pd to teck classes*
*pd 274⁰⁰ filing fee*

**9. First Payment.**

The Debtor must be in a position to make the first full Chapter 13 monthly plan payment at the time the Debtor signs the Chapter 13 court papers. This payment must be made at this time because under local Court Rules the case will be automatically dismissed unless this payment is made within 10 days of the filing of the bankruptcy case. The Debtor must also pay or have paid the $274.00 filing fee at the time of sign and secured and paid for the consumer credit counseling certificate.

**10. Mortgage Payments.**

The Debtor acknowledges that the contract mortgage payments on residential real estate cannot be reduced under the Bankruptcy laws but will be paid as follows:

(a) By adding the amount of the payment (plus any back payments), and any future increases as allowed by the mortgage contract, to the Chapter 13 plan payment. As a result, the Debtor will only be responsible for making one single debt payment per month, said payment being the Chapter 13 plan payment; or

(b) By including only the pre-filing arrears or back payments in the plan, with the Debtor being responsible for making all future mortgage payments directly to the mortgage company.

The Debtor has elected to proceed with option: _____

*C C F*
_____
INITIALS

**11. Debtor's Obligations.**

The Debtor's obligations are as follows:

(a) To provide the Attorney with all requested documents, bills statements, payment advices, bank records, tax returns, tax bills, appraisals, retirement and savings account, and income information and to sign any and all necessary forms to allow the Attorney to secure such documentation.

(b) To provide accurately and honestly all of the information necessary to prepare and file the Chapter 13 bankruptcy case, and other motions or proceedings arising during the course of the case.

(c) To timely respond to all letters, emails and telephone calls from the Attorney or any member of his staff.

(d) To keep the Attorney advised at all times of the Debtor's mailing and physical addresses, telephone numbers, and email addresses.

*C C F*
_____
INITIALS

(e) To appear at the first meeting of creditors (the 341 meeting) and at any other court hearings or meetings as may be required by the Court or any other party.

(f) To keep all scheduled office appointments with the Attorney and to notify the Attorney in advance of any problems with the timing and scheduling or rescheduling of such appointments.

(g) To contact the attorney by Telephone with the understanding that the Attorney is only able to return calls between the hours of 8:00 a.m. to 9:30 a.m. and 4:00 p.m. to 6:00 p.m. If the Attorney is available when the call is actually received, then the call will be taken at that time. However, if you have to leave a message for the Attorney then you must provide a number that you can be reached at during the designated times. The Attorney or Legal Assistant will make every effort to return all such telephone calls within 48 hours, excluding weekends and holidays.

(h) To provide any information requested of the Debtor by the Chapter 13 Trustee, the Bankruptcy Administrator, or any other party in the case, unless the Court rules that the Debtor is not required to provide such information.

(i) To respond as soon as possible to any requests for the Debtor by the Attorney or his Legal Assistant.

(j) To comply with the obligations imposed upon the Debtor by the Local Rules of the Bankruptcy Court for the Southern District of New York, a copy of which is attached to this Agreement.

(k) To sign a tax authorization form to authorize the Attorney to get copies of income tax returns from the respective taxing agencies for a period of four (4) years prior to the filing of your bankruptcy case.

(l) To provide current bank account information to include monthly statements as requested and online account balances as of the date of the signing of your bankruptcy petition packet.

**12. Attorney Withdrawal from Chapter 13 case, Adversary Proceeding or Contested Matter.**

Pursuant to the Local Rules of the Bankruptcy Court, the Attorney shall remain the responsible attorney of record for the Debtor in all matters in the case until the case is closed, dismissed or the discharge is entered or until the Attorney is relieved from such representation by order of the Court. The parties agree that just reasons for the Attorney to withdraw from the representation of the Debtor, include but are not limited to the following:

(a) The failure of the Debtor to provide complete, truthful and accurate information to the Attorney.

(b) The failure of the Debtor to comply with the Debtor's obligations as provided for in this Agreement and in the Local Rules.

(c) The failure of the Debtor to comply with any of the obligations imposed on the Debtor by the Bankruptcy Code and the Bankruptcy Rules.

(d) The failure or refusal of the Debtor to comply with the Debtor's obligations to provide any supplemental information to the Court or to the Chapter 13 Trustee or to correct any incorrect or incomplete information previously provided to the Court or the Trustee.

_CC F_
**INITIALS**

(d)     The failure of the Debtor to provide complete, truthful and accurate information to the Court, the Chapter 13 Trustee and the Bankruptcy Administrator.

(e)     If the Debtor are husband and wife, then any separation, serious domestic dispute, or divorce of the parties.

(f)     Any irreconcilable conflict between the Attorney and the Debtor with respect to the case.


Dated: _____7-16-10_____          By: _____
                                       Law Offices of Linda M. Tirelli, Esq.

Dated: _____          Debtor: _____

Dated: _____          Debtor: _____


CCT
**INITIALS**

# Exhibit "c"
# Invoice of john Cantrell, esq.
# (local counse in South Carolina)



**Cantrell Legal, PC**
**PO Box 1276**
**Goose Creek, SC 29445-1276**

October 19, 2012

Linda Tirelli

| Date | Description | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| | **Previous Balance** | | | **$0.00** |
| 7/21/2011 | Prepare and file Franklin COS | 0.24 | $250.00 | $60.56 |
| 7/21/2011 | Prepare Franklin Objection for filing | 0.75 | $250.00 | $188.26 |
| 8/25/2011 | Call local counsel on Franklin and Mota re: admitting Linda | 0.03 | $250.00 | $8.61 |
| 8/25/2011 | Prepare and file Franklin pro hac vice motion | 0.78 | $250.00 | $195.35 |
| 8/25/2011 | Review Franklin pro hac vice motion | 0.16 | $250.00 | $38.89 |
| 9/2/2011 | Call from Linda re: both cases and supplemental motion and hearing | 0.60 | $250.00 | $150.00 |
| 9/2/2011 | File Franklin supplemental objection | 0.12 | $250.00 | $29.17 |
| 9/2/2011 | Review and edit supplemental Franklin Objection before filing | 0.27 | $250.00 | $66.67 |
| 9/9/2011 | Attend hearing on MPO for Franklin (1/2 actual time) | 0.85 | $250.00 | $212.50 |
| 9/9/2011 | Travel to court and back for hearing on Franklin (1/2 actual time) | 1.50 | $250.00 | $375.00 |
| 9/16/2011 | Review court order on Franklin | 0.24 | $250.00 | $60.90 |
| 10/14/2012 | Travel to Charlotte and back for Franklin depo (1/2 actual time) | 1.58 | $125.00 | $197.92 |
| 10/19/2012 | Attend Franklin depo of Kennerty | 4.92 | $250.00 | $1,229.17 |
| | **Amount Due** | 12.04 | | **$2,813.00** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances