**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**
-------------------------------------------------------------x
In re:                                          :
                                                :     Chapter 13
Cynthia Carssow Franklin,                       :
                                                :     Case No. 10-20010
        Debtor.                       :
-------------------------------------------------------------x

**<u>EXHIBIT B TO APPLICATION FOR COMPENSATION</u>**

**THEODORE O. BARTHOLOW, III ("THAD")**
11300 N. CENTRAL EXPWY. SUITE 301 DALLAS, TEXAS 75243
TEL.: 214.696.9000 FAX: 214.696.9001 EMAIL: thad@kblawtx.com

## BAR ADMISSIONS:

State: New York and Texas
Federal: Northern, Eastern, and Southern Districts of Texas (Bankruptcy and District Courts) and Southern District of New York (Bankruptcy and District Courts)

## EDUCATION:

BENJAMIN N. CARDOZO SCHOOL OF LAW, J.D. 2002, New York, New York
- Cardozo Mediation Clinic
- Executive Editor, Cardozo Journal of International and Comparative Law
- Runner-up "Best Oralist" Jessup International Law Moot Court Competition (regional)

UNIVERSITY OF TEXAS AT AUSTIN, B.A. (Philosophy) 1998, Austin, Texas

SKIDMORE COLLEGE (Fall 1993- Spring 1995), Saratoga Springs, New York

## PROFESSIONAL ASSOCIATIONS & COMMUNITY INVOLVEMENT:

*Co-Presenter*, Max Gardner's Bankruptcy Boot Camp and Ultimate Litigation Bootcamp (2012-Present)

*State Chair*, National Association of Consumer Bankruptcy Attorneys (2016-Present/member since 2004)

*Member*, Dallas Area Young Bankruptcy Lawyers' Association (2009-Present)

*American Red Cross*, Disaster Volunteer (2007-Present)

*Advisory Board Member*, Safe Horizon Mediation Program (New York 2003-2005)

*Volunteer Mediator*, Civil Court and Small Claims Court for New York City (2001-2005)

## NOTEWORTHY DECISIONS:

*In re Gulley (Gulley v. Countrywide)*, --- B.R. ----, 2010 WL 3342193 (Bankr. N.D.Tex., August 23, 2010) (NO. 07-33271-SGJ-13, ADV 08-03467).

*In re Guevara (Guevara v. Wells Fargo)*, (unpublished) Opinion and Order on Motion for Summary Judgment (J. Hale) TXNB Adv. Proc. No. 08-03191 Docket No. 68 (2009), affirmed on appeal by TXND: *In re Guevara (Guevara v. Wells Fargo)*, (J. Ferguson) Civil Action No. 3:10-cv-0547-F Docket No. 13 (8/18/2010).

*In re Pastran*, Slip Copy, 2010 WL 2773243 (Bankr. N.D.Tex. 2010).
*In re Pastran*, 462 B.R. 201 (Bankr. N.D. Tex. 2011).

*McGuiness v. Dodeka LLC et. al*, Slip Copy, 2010 WL 1856450 (E.D. Tex. 2010).

*Haynes v. Wells Fargo Bank, N.A.*, 2014 WL 2761260 (E.D. Tex. 2014).
*Haynes v. Wells Fargo Bank, N.A.*, 2015 WL 6746256 (E.D. Tex. 2015).
*Haynes v. Wells Fargo Bank, N.A.*, 2015 WL 4455961 (E.D. Tex. 2015).

*Vick v. NCO Financial Systems, Inc.*, 2011 WL 1157710 (E.D. Tex. 2011).

*In re Trevino (Trevino v. HSBC Mortgage Services, Inc. et al.)*, 535 B.R. 110 (Bankr. S.D. Tex. 2015).

*Bibolotti v. American Home Mortgage Servicing, Inc. et al.*, 2013 WL 2147949 (E.D. Tex. 2013).



# THEODORE O. BARTHOLOW, III ("THAD")
11300 N. CENTRAL EXPWY. SUITE 301 DALLAS, TEXAS 75243
TEL.: 214.696.9000 FAX: 214.696.9001 EMAIL: thad@kblawtx.com

*In re Lopez (Lopez v. Portfolio Recovery Associates, LLC)*, 2015 WL 7572097 (Bankr. S.D. Tex. 2015).
*In re Lopez (Lopez v. Portfolio Recovery Associates, LLC)*, 2015 WL 5438850 (Bankr. S.D. Tex. 2015).
*In re Lopez (Lopez v. Portfolio Recovery Associates, LLC)*, 2015 WL 1207012 (Bankr. S.D. Tex. 2015).

*In re Rodriguez (Rodriguez v. Countrywide Home Loans, Inc. et al)*, 517 B.R. 724 (Bankr. S.D. Tex. 2014).

*In re Rodriguez (Rodriguez v. Countrywide Home Loans, Inc. et al)*, 695 F.3d 360 (5th Cir. 2012).

*In re Hammond (Hammond v. Adam Ross Paul, Inc. et al.)*, 2014 WL 2761260 (Bankr. N.D. Tex. 2014).

*In re Cirillo (Cirillo v. Valley Baptist Health System et al.)*, 2014 WL 1347362 (Bankr, S.D. Tex. 2014).

*In Bruner-Halteman (Bruner-Halteman v. ECMC)*, 2016 WL 1427085 (Bankr. N.D. Tex. April 8, 2016).

**PUBLICATIONS & HONORS:**
National Association of Consumer Bankruptcy Attorneys (NACBA), *Distinguished Service Award*, 2016.
American Bankruptcy Institute (ABI) Journal, April 2014 33. Am. Bankr. Inst. J. 44 (2014), *Are Post-Discharge Loan Modification Solicitations the New Sears Cases?*
National Conference of Bankruptcy Judges Rules Committee's Mortgage Mini-Conference, Representative on behalf of NACBA, Portland, Oregon 2012.

**SPEAKING ENGAGEMENTS:**
National Conference of Bankruptcy Judges Annual Conference – October 2017 (Upcoming)
ABI Media Webinar re: SCOTUS opinion in Midland v. Johnson – May 2017
National Consumer Law Center (NCLC) – 2016 Consumer Rights Litigation Conference (Recovering Legal Fees Under Fee Shifting Statutes) – October 2016
NACBA – Annual Convention 2012, 2015, 2016, 2017 (Various topics)
Texas Bar Association Bankruptcy and Commercial Law Section's 2015 International Seminar Bali, Indonesia (Using the FDCPA and RESPA in Bankruptcy)
ABI Annual Winter Leadership Conference 2015 (Great Debates: Does filing a time-barred proof of claim violate the FDCPA?)
ABI Midwest Fall Leadership Conference 2016 (Great Debates: Does filing a time-barred proof of claim violate the FDCPA?)
University of Texas School of Law's 12th Annual Consumer Bankruptcy Practice Seminar 2016 (RESPA's Impact on Chapter 13 and Monthly Escrow Payments)
Jay L. Westbrook Bankruptcy Conference 2015 (Using RESPA in Chapter 13)
Texas Bar Association Annual Advanced Consumer Bankruptcy / Bankruptcy 101 Course (Prosecuting and Defending Motions for Relief from Stay 2013-16)
NACBA – Members Only Conferences 2010, 2011, 2013, 2014 (Various topics)
Max Gardner's Bankruptcy Boot Camp and Max Gardner's Litigation Skills Seminar [numerous]
FDCPA and Bankruptcy Proofs of Claim Webinar w/ Max Gardner 2015
National Consumer Law Center TCPA Webinar 2016
ABI Annual Spring Meeting 2014 (Consumer Track: Use of Governmental Assistance Programs in Chapter 13)
Oklahoma Bar Association 26th Annual Advanced Bankruptcy Seminar, 2011
West Texas Bankruptcy Institute 2010 (Reasons to Choose Chapter 13 instead of Chapter 7)

**THEODORE O. BARTHOLOW, III ("THAD")**
11300 N. CENTRAL EXPWY. SUITE 301 DALLAS, TEXAS 75243
TEL.: 214.696.9000 FAX: 214.696.9001 EMAIL: THAD@KBLAWTX.COM

## MEDIA COVERAGE:

Gretchen Morgenson, *Wells Fargo Is Accused of Making Improper Changes to Mortgages*, N.Y. Times, June 14, 2017 at Al, available at https://www.nytimes.com/2017/06/14/business/wells-fargo-loan-mortgage.html.

Michael Hiltzik, *Borrowers Say "Stealth" Mortgage Modifications by Wells Fargo Could Cost Them Their Homes*, Los Angeles Times, June 15, 2017, available at http://www.latimes.com/business/hiltzik/la-fi-hiltzik-wells-mortgages-20170615-story.html.

Matt Egan, *New Wells Fargo Scandal Over Modifying Mortgages Without Authorization*, CNN Money, June 15, 2017, available at http://money.cnn.com/2017/06/15/investing/wells-fargo-mortgage-modification-lawsuit/index.html.

## LEGAL EMPLOYMENT HISTORY:

KELLETT & BARTHOLOW PLLC, *Partner* (October 2015-Present)
Dallas, Texas

ARMSTRONG KELLETT BARTHOLOW PLLC, *Partner* (December 2009-October 2015)
Dallas, Texas

BARTHOLOW & BARTHOLOW P.C., *Partner* (2008-2009)
Dallas, Texas

BARTHOLOW & BARTHOLOW / LAW OFFICE OF MOLLY BARTHOLOW, *Associate* (2004-2008)
Dallas, Texas

BOGRE & BARTHOLOW, *Partner* (2003-2004)
Brooklyn, New York

LONDON FISCHER LLP, *Associate* (2002-2003)
New York, New York

## ARTWORK/ EXHIBITIONS:

*Bar Matchless Gallery*, Williamsburg (Bklyn), NY (2004)
*Dallas Public Library*, Dallas, Texas (2009)
Online portfolio: www.thadbartholow.com

CAITLYN N. WELLS
2730 MASSEY LANE
Rockwall, TX 75032
Caitlyn7095@yahoo.com

EDUCATION

*Texas Tech University School of Law*                                Lubbock, TX
Juris Doctorate                                            May 2009
G.P.A. 3.45 *Magna Cum Laude*

- Aggie Bar Association
- Phi Delta Phi
- Regent's Scholarship Recipient (renewed for 2007-2008 and 2008-2009)
- CALI Award in Public International Law
- Jurisprudence Award in Income Taxation and Land Use Planning
- Certificate of Excellence in Legal Research
- Dean's List Fall 2007, Spring 2008, Fall 2008, and Spring 2009

*Texas A&M University*                                      College Station, TX
Bachelor's of Science in Psychology                             May 2006
Minor in History
G.P.A. 3.7, *Magna Cum Laude*

EXPERIENCE

*Kellett & Bartholow PLLC*                                    Dallas, Texas
Associate Attorney                                     October 2015 – present

- Represent consumer plaintiffs in mortgage litigation involving alleged violations of bankruptcy law, consumer protection statutes (FDCPA, TDCA, RESPA, TILA), etc. from pre-suit investigation through trial
- Represent consumer borrowers in state and nationwide class actions against mortgage servicers and debt collection companies involving violations of bankruptcy and consumer protection statutes

*Armstrong Kellett Bartholow PLLC*                              Dallas, Texas
Associate Attorney                           February 2010 – October 2015

*Robert C. Heald, P.C.*
Lubbock, TX
Law Clerk                                                      March – May 2009

*Andrews Kurth, L.L.P*                                             Dallas, TX
Summer Intern                              Summer 2004 & Summer 2006

ADMISSIONS

**State Bar of Texas**, Admitted November 6, 2009
Northern District of Texas
Eastern District of Texas
Southern District of Texas

PROFESSIONAL AFFILIATIONS

Former Young Lawyer's Committee of State Bar of Texas Bankruptcy Section, Communications Co-Chair
Dallas Bar Association, Member
Dallas/Fort Worth Association of Young Bankruptcy Lawyers, Member

**NOTABLE OPINIONS**

*Bibolotti v. American Home Mortgage Servicing, Inc.*, 2013 WL 2147949 (E.D. Tex. May 15, 2013)

*In re Hammond*, 2014 WL 2761260 (Bankr. N.D. Tex. June 18, 2014)

*Bruner-Halteman v. Educational Credit Management Corporation (In re Bruner-Halteman)*, 2016 WL 1427085 (Bankr. N.D. Tex. April 8, 2016)

*Lopez v. Portfolio Recovery Associates, LLC (In re Lopez)*, 570 B.R. 84 (Bankr. S.D. Tex. 2017)