Case No.: 10-20010(rdd)  **Chapter 13 Fee Application**  Schedule C
Case Name: Cynthia Carssow Franklin  September 19, 2016-July 27, 2018

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Kellet & Bartholow | 0.00 | 0.00 | 0.00 | 0.00 | $112,724.78 | $8820.81 | $112,724.78 | $8820.81 |
| Linda Tirelli, Esq. | $0.00 | $0.00 | $0.00 | $0.00 | $50,644.47 (*In addition to prior award of $142,877.50 for combined total of $193,521.97) | $0.00 (*In addition to prior award of $5496.53) | $50,644.47 | $0.00 |

**Total Fees awarded (current and prior applications)**

Combined Total Fees Awarded (including prior order Dkt No 137)  $320,564.09
Combined Total Expenses Awarded (including prior order Dkt No 137)  $14,317.34
        Combined Total Fees and Expenses Awarded:  **$334,881.43**
        Additional Voluntary Attorney Discount :  - $17,117.34
Final Total Fees and Expenses Awarded current and prior applications: **$317,764.09**

**Sources of Payment As follows:**
1) Wells Fargo Settlement (Dkt No 155) $175,000.00
2) Trustee Funds On Hand after commission and payment to IRS Priority Claim: $77,764.09
3) Direct from Debtor : $65,000.00
   Total Payment from all Sources**: $317,764.09**

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: 9/17/2018        INITIALS: RDD USBJ