UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

Cynthia Carssow Franklin    **xxx-xx-** 2863    Chapter 13

                                   **xxx-xx-**    Case No. 10-20010

                          Debtor(s)
-----------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    KRISTA M. PREUSS, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York
      February 25, 2019

                                               /s/ Krista M. Preuss
                                               Krista M. Preuss
                                               Chapter 13 Trustee
                                               399 Knollwood Road, Suite 102
                                               White Plains, New York 10603
                                               914-328-6333